# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 11-1414-RWR ) |
| REBECCA BLANK, in her official capacity as Acting Secretary of Commerce, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |
| HUMANE SOCIETY OF THE UNITED STATES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| REBECCA BLANK, in her official capacity as Acting Secretary of Commerce, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |
| WILDEARTH GUARDIANS, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| REBECCA BLANK, in her official capacity as Acting Secretary of Commerce, | ) ) ) ) |
| Defendant. | ) ) |

**DECLARATION OF KIMBERLY DAMON-RANDALL IN SUPPORT OF
FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFF WILDEARTH
GUARDIANS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

I, Kimberly Damon-Randall, declare as follows:

1.     I am a Supervisory Fishery Biologist in the Protected Resources Division, Northeast

Regional Office, National Marine Fisheries Service ("NMFS"), National Oceanic and

Atmospheric Administration ("NOAA"), Department of Commerce.  In this capacity, I am

responsible for supervising staff in the Endangered Species Program in the Protected Resources

Division.  My group focuses on the conservation and restoration of listed marine and

anadromous fish species in the Northeast, and in that regard, the Endangered Species Group

responds to listing petitions under the Endangered Species Act, is responsible for conducting

reviews of the status of various marine and estuarine species, designates critical habitat,

develops recovery plans, and implements recovery actions in order to recover ESA listed

species and remove them from the list.

2.     The purpose of this declaration is to provide information for the Court regarding the

document that Plaintiff WildEarth Guardians ("Guardians") seeks to add to the administrative

record for NMFS's 90-day finding for two petitions to list porbeagle sharks under the

Endangered Species Act ("ESA"), 75 Fed. Reg. 39,656 (AR 693).

3.     The document that Guardians seeks to add to the record is a January 15, 2009 draft titled

"Species Assessment based on current CITES listing criteria." Doc. No. 32-2.  The draft Species

Assessment was prepared by personnel in NMFS's Office of International Affairs and NMFS's

Highly Migratory Species Division, both located in the agency's headquarters in Silver Spring,

Maryland.  The document is marked as a draft that is intended for internal government use only.

My understanding is that the purpose of this type of assessment is to provide basic information

on the species including threats from international trade and how a listing under Appendix II of

the Convention on International Trade in Endangered Species of Wild Fauna and Flora

("CITES") might benefit the species.  This assessment is then used by NMFS and the U.S. Fish

and Wildlife Service ("FWS") to evaluate whether the U.S. will support a CITES Appendix II

listing.  FWS's International Affairs Program takes the lead on CITES issues for the U.S.,

working closely with other federal agencies.

4.      On July 1, 2010, Laura Cimo, a Fishery Policy Analyst in NMFS's Office of

International Affairs, emailed the draft Species Assessment to me and asked me to verify that

the draft Species Assessment was consistent with the 90-day finding that my office had

prepared for the porbeagle shark.  Supplemental Administrative Record ("SAR") Doc. 142 at

5504.  On July 1, 2010, NMFS was in the final stages of preparing the 90-day finding, which

was signed by the Assistant Administrator for Fisheries in NMFS's headquarters on July 7,

2010.  See Administrative Record ("AR") Doc. No. 57 at 699.  On July 1, 2010, the finding was

under review by staff from the Department of Commerce, NOAA, and NMFS Headquarters.

5.      A biologist on my staff, Sarah Walsh Laporte, responded to Ms. Cimo's email, stating

that the draft Species Assessment was "consistent with the 90 day finding except for where we

have more recent information from ICCAT/ICES report and EU regs." SAR Doc. 143 at 5506.

Kevin Collins, an attorney with the NOAA Office of General Counsel, Northeast Region, noted

that NMFS headquarters staff compared the 90 day finding and the draft CITES documents and

"concluded that they are not inconsistent because the standards for listing under the ESA and

adding a species to CITES Appendix 2 are different." Id.  NMFS did not incorporate any

information from the draft CITES Species Assessment into the porbeagle shark 90-day finding.

6.      Guardians' statement in its brief that NMFS considered the draft CITES Species

Assessment in the 90-day finding is incorrect.  The "draft CITES proposal" referenced in the

final rule (at 75 Fed. Reg. 39,660, AR 697) is not the January 2009 draft CITES Species

Assessment at issue in Guardians' motion; rather, it is a February 2009 draft CITES Appendix

II listing proposal (attached as Exhibit 1).  The February 2009 draft proposal was prepared by

Germany and reviewed by NMFS. Staff from NMFS's headquarters added the reference to the

February 2009 draft in the context of discussing the catch of porbeagles in recreational fisheries.

AR 697.  The February 2009 draft was not included in the administrative record compiled by

my staff in the Northeast Region.  I believe that this oversight resulted from the fact that the

2009 draft proposal was finalized in 2010, and the final version of the document was included

in the record instead.  AR 3588 (attached as Exhibit 2).  The 2010 final proposal and the 2009

draft proposal both contain the sentence cited in the 90-day finding. See Exhibit 1 (2009 draft

proposal) at 10 ("The recreational fishery in Canada and the US is very small."); Exhibit 2

(2010 final proposal) at AR 3594 (same). The 2010 final proposal was also cited elsewhere in

the 90-day finding with respect to the catch of porbeagles in commercial fisheries.  AR 697.

NMFS agrees that the attached February 2009 draft should be part of the record because it was

cited in the 90-day finding, and has Bates numbered the document for the convenience of the

Court and the parties.

7.      Guardians states in its brief that the draft CITES Species Assessment is directly relevant

to the 90-day finding because it concerns threats to the porbeagle shark, such as overutilization.

I disagree. My staff and I consider a variety of sources of information on the status of the

species when we prepare 90-day findings, if those sources are cited in the petition or readily

available in NMFS's files.  The draft 2009 CITES Species Assessment was prepared in January

2009 to evaluate whether the U.S. would support a CITES Appendix II listing. My group reviewed the document and provided comments on it. We did not, however, consider the 2009 draft CITES Species Assessment in preparing the 90-day finding because the 2009 document was a draft, internal, working document and therefore not the best source of data for the 90-day finding. Further, an evaluation of a CITES Appendix II listing is not relevant to our determination as to whether listing under the ESA in the United States is warranted because of the different standards that apply under CITES and the ESA. Whether NMFS supports better management of international trade of a species through CITES does not address whether the species is at risk of extinction because of any of the five factors that we consider under ESA Section 4.

8.     In my view, if the 2009 draft CITES Species Assessment had been considered in making the 90-day finding, it would not have changed our analysis. This is reflected in the administrative record documents. In an email to a colleague in NMFS's headquarters office I explained that "[it] is somewhat irrelevant what the CITES report indicates for commercial fisheries landings since these data are dated (most recent is 2007) and the most recent stock assessment indicates that the NW Atlantic stock is increasing." SAR Doc. 141 at 5502. The stock assessment that I refer to in my email is in the administrative record at AR 1316-1372. Documents that are already in the administrative record address the same topics that are discussed in the 2009 draft CITES Species Assessment, such as the distribution of porbeagle sharks and the primary threats to the species. For example, the 2010 CITES Appendix II listing proposal discusses the same principal threat to the species – over-exploitation in both target and bycatch fisheries – and is based on more current data than the 2009 draft CITES Species Assessment. See Exhibit 2 at AR 3594. The final proposal (Exhibit 2) is a better source of

information because it synthesizes available information about the species, including its life

history and threats, in one document that is publicly available.  By contrast, the 2009 draft

CITES Species Assessment that Guardians seeks to add to the record was in draft form, was

based on dated information, and was an internal working paper that was not appropriate for

citation in a publicly available petition finding.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Executed in Gloucester, Massachusetts, on this 13th day of May, 2013.

Kimberly Damon-Randall, Supervisory Fishery Biologist, Northeast Region, NMFS

**EXHIBIT ONE**

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

## Amendments to Appendices I and II of CITES,   CoP XV,   2010

### A. PROPOSAL

### Inclusion of *Lamna nasus* (Bonnaterre, 1788) in Appendix II in accordance with Article II 2(a)

**Qualifying Criteria** (Conf. 9.24 (Rev. CoP13) Annex 2a)

A.  *It is known, or can be inferred or projected, that the regulation of trade in the species is necessary to avoid it becoming eligible for inclusion in Appendix I in the near future.*

North Atlantic and Mediterranean stocks of *Lamna nasus* qualify for listing under this criterion, because their marked decline in population size meets CITES' guidelines for the application of decline to commercially exploited aquatic species. Stocks of this low productivity shark (natural mortality 0.1–0.2) have experienced historical extent of declines to ~20% of baseline and rapid recent rates of decline.

B.  *It is known, or can be inferred or projected, that regulation of trade in the species is required to ensure that the harvest of specimens from the wild is not reducing the wild population to a level at which its survival might be threatened by continued harvesting or other influences.*

*Lamna nasus* is or has been subjected to unsustainable target fisheries in parts of its range, because of international trade demand for its high value meat. Southern hemisphere stocks are likely to experience similar declines unless international trade regulation provides an incentive to introduce sustainable management.

**Annotation**

The entry into effect of the inclusion of *Lamna nasus* on Appendix II of CITES will be delayed by 18 months to enable Parties to resolve the related technical and administrative issues, such as the possible designation of an additional Management Authority and adoption of customs codes.

### B. PROPONENT

xxxxxxxxxxx, on behalf of the Member States of the European Community. (This proposal has been prepared by Germany.)

### C. SUPPORTING STATEMENT

### 1. Taxonomy

| | | |
|---|---|---|
| 1.1 Class: | Chondrichthyes (Subclass: Elasmobranchii) | |
| 1.2 Order: | Lamniformes | |
| 1.3 Family: | Lamnidae | |
| 1.4 Species: | *Lamna nasus* (Bonnaterre, 1788) | |
| 1.5 Scientific synonyms: | See Annex 2 | |
| 1.6 Common names: | English: | porbeagle |
| | French: | requin-taupe commun (market name: veau de mer) |
| | Spanish: | marrajo sardinero; cailón marrajo, moka, pinocho |
| | Italian: | talpa (market name: smeriglio) |
| | German: | heringshai (market name: kalbfish, see-stör) |
| | Danish: | sildehaj |
| | Swedish: | hábrand; sillhaj |
| | Japanese: | mokazame |

1

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009



**Figure 1. Porbeagle *Lamna nasus***

(*Source*: FAO Species Identification Sheet)

## 2.  Overview

2.1  The large warm-blooded porbeagle shark (*Lamna nasus*) occurs in temperate waters of the North Atlantic and Southern Oceans. It is slow growing, late maturing, long-lived, bears small litters of pups, and has a very low intrinsic rate of population increase. It is therefore highly vulnerable to over-exploitation in fisheries and very slow to recover from depletion. Southern stocks are even less resilient to fisheries than northern stocks.

2.2  *Lamna nasus* meat is high quality and high value. Its large fins are also valuable. It is taken in target fisheries and is also an important retained and utilised component of the bycatch in pelagic longline fisheries. Meat and fins enter international trade, but are generally not recorded at species level. As a result, levels, patterns and trends in international trade in these products are largely unknown. Other products are less utilised. DNA tests for parts and derivatives in trade are available and can distinguish between northern and southern hemisphere stocks.

2.3  Unsustainable North Atlantic target *Lamna nasus* fisheries are well documented. These depleted stocks severely; landings fell from thousands of tonnes to a few hundreds in under 50 years. Very few data are available for southern hemisphere stocks, which are a high value target and bycatch of longline fisheries, but most available data show declining trends.

2.4  Northwest Atlantic stock assessments document a decline in stock biomass to 11–17%, and numbers of mature females to 12–15% of original levels. Management since 2002 has maintained a relatively stable population, but with a slight decline in mature females. There is no stock assessment for the more heavily fished and possibly more seriously depleted Northeast Atlantic and Mediterranean populations, or for southern stocks.

2.5  Quota management based on stock assessment and scientific advice has been in place in the Canadian EEZ since 2002, in the USA since 1999, in New Zealand since 2004, and in the EU since 2008. National management measures cannot regulate high seas catches and Regional Fishery Organisations (RFOs) are not managing high seas stocks. Porbeagle is listed in Appendix II of the Convention for the Conservation of Migratory Species (CMS).

2.6  An Appendix II listing is proposed for *Lamna nasus* in accordance with Article II, 2(a) and Conf. 9.24 (Rev. CoP13). The North Atlantic stocks have experienced marked historic and recent declines. Data for Southern Ocean stocks of *L. nasus* are lacking, but these are also exploited, largely unmanaged, and with products that enter international trade.

2.7  *Lamna nasus* meets the guidelines suggested by FAO for the listing of commercially exploited aquatic species. It falls into FAO's lowest productivity category of the most vulnerable species: those with an intrinsic rate of population increase of <0.14 and a generation time of >10 years (FAO 2001) and the extent and rate of population declines have exceeded the recommended qualifying levels for listing.

2.8  The purpose of an Appendix II listing for *Lamna nasus* is to ensure that international trade be supplied by sustainably managed, accurately recorded fisheries that are not detrimental to the status of the wild populations that they exploit. This can be achieved if non-detriment findings require that an effective sustainable fisheries management programme be in place and implemented before export permits are issued, and by using

006161

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

other CITES measures for the regulation and monitoring of international trade. These trade controls will complement and reinforce traditional fisheries management measures, thus also contributing to implementation of the UN FAO International Plan of Action for the Conservation and Management of Sharks.

## 3.   Species characteristics

### 3.1   Distribution

*Lamna nasus* occurs in a circumglobal band in the Southern Hemisphere largely between latitude 30–60°S, and between 30–70°N in the North Atlantic Ocean (Compagno 2001, see Annex 1 Figure 2). Its Range States and areas, FAO Fisheries Areas (Annex 1 Figure 3), and ocean distribution are listed in Annex 3.

### 3.2   Habitat

*Lamna nasus* is an active epipelagic shark of boreal and temperate seas in temperatures of 2–18°C, although preferring 5–10°C (in the Northwest Atlantic, Campana and Joyce 2004, Svetlov 1978). They are most commonly reported on continental shelves and slopes from near the surface to depths of 200m, but have occasionally been caught at depths of 350–700m. They range from close inshore (especially in summer), to far offshore (where they are often associated with submerged banks and reefs), including movements into the high seas outside 200 mile EEZs (Campana and Gibson 2008). They occur singly, in shoals, and in feeding aggregations. Stocks segregate (at least in some regions) by age, reproductive stage and sex and adults undertake seasonal sex-specific North-South migrations. Mature *L. nasus* are rarely seen in winter and early spring in the Northwest Atlantic, with monthly catches exhibiting a seasonal and sex-specific spring migration of mature sharks along the coast and outer edge of the Scotian Shelf from the Gulf of Maine north towards the mating grounds off southern Newfoundland and the approaches to the Gulf of St. Lawrence. Pupping grounds are unknown. Smaller immature sharks resident on the Scotian Shelf appear not to undertake the same extensive migrations. (Campana *et al.* 1999, 2001, Campana and Joyce 2004, Compagno 2001, Jensen *et al.* 2002.) The Mediterranean may be a nursery ground (Stevens *et al.* 2005; Marconi and de Maddalena 2001).

### 3.3   Biological characteristics

*Lamna nasus* is warm-blooded, relatively slow growing and late maturing, long-lived, and bears only small numbers of young. Life history characteristics vary between stocks. North Atlantic *L. nasus* are larger, faster growing and have a shorter life span than the smaller, longer-lived porbeagles in the southern oceans. The latter are therefore even more vulnerable to depletion in fisheries and slower to recover than the North Atlantic stocks.

North Atlantic porbeagles reach a maximum length of 355cm, weight of 230kg, and age of 26–46 years. Females mature at an age of 13 years and total length of 217–259cm in the Northwest Atlantic, and at 185–202cm (fork length 170–180cm) and perhaps 15–19 years old in the southwest Pacific. Males mature at eight years old in the North Atlantic, and 11 years old in the south. Longevity of North Atlantic *L. nasus* is 26–46 years, compared with ~65 years in the southwest Pacific and presumably throughout the Southern Oceans.

The generation time (defined as the average reproductive age of females in an unfished population) is 18–22 years in the Northwest Atlantic, 26 years in the Southern Hemisphere. The intrinsic rate of population increase is 5–7% *per annum* in an unfished population in the Northwest Atlantic, compared with 2.6% in a population recovering from depletion to maximum sustainable yield in the southwestern Pacific.

3

006162

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

*L. nasus* produce litters of 1–5 pups (usually four), 58–82 cm long after an 8–9 month pregnancy. It is likely that they breed every year. Birth occurs in spring off Europe, spring-summer off North America and winter in Australasia and the Eastern Pacific off Chile.  (The main sources of these parameters are listed in Table 2.)

Prey species are predominantly pelagic fish and squid in deepwater, and pelagic and demersal teleost fishes in shallow water (Compagno 2001, Joyce *et al*. 2002).

### 3.4   Morphological characteristics

Heavy cylindrical body, two spineless dorsal fins (first originates over abdomen, well in front of pelvic fin origins) and an anal fin (Figure 1). Vertebral axis extends into long upper tail lobe. Strong keels on caudal peduncle, short secondary keels on base, crescent-shaped tail. Conical head, fairly short conical snout, five long and broad gill openings (rear two in front or above pectoral fin origin), large mouth extending behind eyes, nostrils free from mouth, no barbels or grooves. Very small spiracles well behind eyes. Dark grey or blackish dorsal surface. First dorsal fin has a very distinctive white patch on the lower free trailing edge. Underside white in northern hemisphere, but with underside of snout is dark and some dusky blotches on abdomen in adults in the southern hemisphere.

### 3.5   Role of the species in its ecosystem

*L. nasus* is an apex predator, occupying a position near the top of the marine food web. It feeds on fishes, squid and some small sharks, but not on marine mammals (Compagno 2001, Joyce *et al*. 2002). It has few predators other than humans, but orcas and white sharks may take this species (Compagno 2001). DFO Canada (2006) considers that the abundance of Northwest Atlantic population is now too low for this species to have any indirect value through its role in ecosystem function or regulation. Stevens *et al*. (2000) warn that the removal of populations of top marine predators may have a disproportionate and counter-intuitive impact on trophic interactions and fish population dynamics, including by causing decreases in some of their prey species.

### 4.   Status and trends

### 4.1   Habitat trends

Critical habitats for this species and threats to these habitats are largely unknown, although some North Atlantic mating grounds have been identified. High levels of ecosystem contaminants (PCBs, organo-chlorines and heavy metals such as mercury) which bio-accumulate and are bio-magnified in sharks at high trophic levels are associated with infertility in sharks (Stevens et. al. 2005),, but their impacts on *L. nasus* population fitness is unknown. Effects of climatic changes on world ocean temperatures, pH and related biomass production could potentially impact *L. nasus* populations.

### 4.2   Population size

The only stock for which population size data are available is in the Northwest Atlantic. The most recent stock assessments (DFO 2005a, Campana and Gibson 2008, Annex I Figure 13) have estimated the total population size for this stock as 188,000–195,000 sharks (21–24% of original numbers prior to the fishery starting; possibly 800,000 to 900,000 individuals) and 9,000–13,000 female spawners (12–15% of their original abundance). The Northeast Atlantic population, which has supported comparable fisheries that have also declined steeply and has

006163

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

only recently entered management, could be similar. Southern Hemisphere population sizes are unknown.

## 4.3   Population structure

The population structure of exploited populations is highly unnatural, with very few large mature females present. This results in an extremely low reproductive capacity in heavily fished, depleted stocks (e.g. Campana *et al.* 2001). Extensive long-distance migrations occur within the two known North Atlantic stocks (see section 3.2), which appear to be thoroughly mixed. There may also be a third stock off Iceland (FAO 2007). Tagging studies in the Northwest Atlantic by Norwegian, American and Canadian researchers identified mainly short to moderate (1,500km) movements along the edge of the continental shelf, although satellite tagging has demonstrated that porbeagles tagged in Canadian waters move onto the high seas for unknown periods of time (Campana and Gibson 2008). There is evidence of trans-Atlantic movements from tagging studies: *L. nasus* tagged off the UK have been recaptured off Spain, Denmark and Norway, travelling up to 2,370km, and a shark tagged off Ireland moved 4,260km (Campana *et al.* 1999, Kohler & Turner 2001, Kohler *et al.* 2002, Stevens 1976 & 1990). Genetic studies have identified two isolated populations, one in the North Atlantic and one in the southern oceans (Pade *et al.* 2006).

## 4.4   Population trends

Population trends, summarised in Table 1, are presented in the context of Annex 5 of Conf. 9.24 (Rev. CoP13) [1]. The estimated generation time for *L. nasus* is 18 years in the North Atlantic, 26 years in the Southern Oceans (Table 2). The three-generation period against which recent declines should be assessed is 54 to 78 years, greater than the historic baseline for most stocks. Table 1 summarises the trend data described below.

---

[1] A 'marked historical extent of decline' is a percentage decline to 5%–30% of the baseline, depending upon the productivity of the species. A 'marked recent rate of decline' is a percentage decline of 50% per cent or more within the last 10 years or three generations, whichever is the longer.

006164

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

**Table 1. Summary of population and catch trend data**

| Year | Location | Data used | Trend | Source |
|------|----------|-----------|-------|--------|
| 1936–2007 | NE Atlantic | Norwegian fishery | >99 % decline from baseline | Norwegian and ICES data |
| 1973–2007 | NE Atlantic | Norwegian fishery | 96% decline | Norwegian and ICES data |
| 1954–2007 | NE Atlantic | Danish fishery | 99% decline from baseline | ICES data |
| 1973–2007 | NE Atlantic | Danish fishery | 90% decline | ICES data (Annex I Figure 8) |
| 1973–2007 | NE Atlantic | Faroese fishery | Decline & closure | ICES data |
| 1936–2007 | NE Atlantic | All target catches | 80% decline since post-WWII peak | Norwegian, French & ICES data |
| 1978–2007 | NE Atlantic | French fishery | ~50% decline in ~30 yrs | French & ICES data |
| 1994–2005 | NE Atlantic | Landings per vessel | ~67% decline in ~10 years | French & ICES data |
| Various, 1800–2006 | Mediterranean | Abundance & biomass of lamnids | >99% decline in tuna traps over 50–100 years | Ferretti *et al.* 2008 |
| 1963–1970 | NW Atlantic | Norwegian & Faroese landings | ~90% decline in catch and collapse of fishery | Landings data (Figure 12) |
| 1961–2005 | NW Atlantic | Stock assessment | 78% decline from baseline | DFO 2005, Campana & Gibson 2008 |
| 1961–2005 | NW Atlantic | Stock assessment | 86% decline in mature females | DFO 2005, Campana & Gibson 2008 |
| 1994–2003 | North Atlantic | Catches | Decline, 1000 to near zero/year | Matsunaga and Nakano 2005 |
| 1993–2003 | North Atlantic | CPUE | Decline with slope -0.6 | Matsunaga and Nakano 2002 |
| 1992–2002 | SW Pacific | Longline CPUE | >50–80% decline in 10 yrs | NZ Ministry of Fisheries 2008 |
| 1998–2005 | SW Pacific | Weight landed | 75% decline | NZ Ministry of Fisheries 2008 |
| 1983–1993 | SW Atlantic | Longline CPUE | 80–90% decline in 10 yrs | Uruguayan bycatch, Domingo (2000) |

The North Atlantic is the major reported source of world catches, with detailed long-term fisheries trend data recorded. Landings here have exhibited marked declining trends over the past 60–70 years (see below) during a period of rising fishing effort and market demand for this highly valuable species and improved fisheries technology. Fewer Southern Ocean data are available, but these also show declines. FAO porbeagle catch data (Figure 4) are generally lower than that from other sources (national landings, ICES data *etc.*). Under-reporting is widespread. For example: landings from the NAFO Regulatory Area reported to NAFO "seldom resembled those reported to ICCAT... and 2005–2006 catches by countries other than Canada are in doubt and probably under reported" (Campana and Gibson 2008).

Stock assessments are available for only the Northwest Atlantic stock (DFO 2005a; Gibson and Campana 2008). These illustrate the correlation between steep declines in landings and catch per unit effort (CPUE), and declining biomass/stock size in an unmanaged fishery. In the absence of stock assessments in other regions, therefore, CPUE and landings are used as indicators of population trends for this valuable commercial species in unmanaged fisheries, while recognizing that other factors may also affect catchability.

### 4.4.1 North Atlantic and Mediterranean

Fisheries target shelf stocks in the Northeast and Northwest Atlantic, which have been seriously depleted (see Table 1). There may be a third stock around Iceland. Tuna and swordfish longline fisheries also take porbeagles from these stocks (as target or retained bycatch) on the high seas, in the NAFO and ICCAT regulatory areas, where shark catch is unregulated.

*Northeast Atlantic*

*Lamna nasus* has been fished in this region by many European countries, principally Denmark, France, Norway, Faroes and Spain (Annex 1 Figures 5–10). Norway began a target longline fishery for *L. nasus* in the 1920s. Landings reached their first peak of 3,884t in 1933. About 6,000t were taken in 1947, when the fishery reopened after the Second World War,

006165

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

followed by a progressive drop in landings to between 1,200–1,900t from 1953–1960. The collapse of this fishery led to the redirection of fishing effort by Norwegian, Faroese and Danish longline shark fishing vessels into the Northwest Atlantic (see below). Norwegian landings from the Northeast Atlantic subsequently decreased to a mean for the past decade of 20t (Annex 1 Figure 7), while average Danish landings (Figure 8) fell from over 1500t in the early 1950s to a mean of ~50t (DFO 2001a, Gauld 1989, ICES and Norwegian data).

Reported landings from the historically most important fisheries, around the UK and in the North Sea and adjacent inshore waters (ICES areas III & IV) have decreased to very low levels during the past 30–40 years, while catches from the offshore ICES sub-regions west of Portugal (IX), west of the Bay of Biscay (VIII) and around the Azores (X) have increased since 1989 (Annex 1 Figure 6). This is attributed to a decline in heavily fished and depleted inshore populations and redirection of effort to previously lightly exploited offshore areas.

French longliners have operated directed fisheries for *L. nasus* since the 1970s, but there are now only 8–11 French vessels targeting this species. Reported landings from the main French fishing grounds in the Celtic Sea and Bay of Biscay decreased from over 1,092t in 1979 to 3–400t in the late 1990s to present (Annex 1 Figure 10). CPUE in the French target fishery has declined from 3t/vessel in 1994, to less than 1t in 2005 (Annex 1 Figure 11, data from Biseau 2006). Spanish longline vessels appear to have taken *L. nasus* opportunistically both in the 1970s and since 1998. Some of these Spanish landings are bycatch from the longline swordfish fishery in the Mediterranean and Atlantic (Bonfil 1994), some from the target blue shark fishery that also catches mako and porbeagle. Landings off Spain tend to be greater during the spring and autumn, lower in summer (Mejuto 1985, Lallemand-Lemoine 1991), while the highest French catches are in summer (Biseau 2006), in the Celtic Seas. Spanish landings are irregularly reported and trends cannot be evaluated.

ICES (2005) noted: "The directed fishery for porbeagle [in the Northeast Atlantic] stopped in the late 1970s due to very low catch rates. Sporadic small fisheries have occurred since that time. The high market value of this species means that a directed fishery would develop again if abundance increased. There are no indications of stock recovery." No stock assessment is available, but because this population was depleted well before that in the Northwest Atlantic and has not benefited from restrictions on catch or effort or technical fisheries management measures, it is presumed to be at least as seriously depleted than that in Canadian waters, where unrestricted catch trends were very similar. The UK identified *L. nasus* as a species of conservation concern in its response to the Convention on Biological Diversity in 1995. It is included as Vulnerable on Germany's (1998) and Sweden's Red Lists.

The IUCN Red List assessment for the Northeast Atlantic is **Critically Endangered**, taking into account past, ongoing and estimated future reductions in population size exceeding 90% (Stevens *et al.* 2005).

### Mediterranean Sea

*Lamna nasus* has virtually disappeared from Mediterranean records. Ferretti *et al.* (2008) reviewed historic data from fisher logbooks, reporting declines in tuna traps of >99.99% during a range of time series (135 to 56 years). Two or three tonnes *per annum* were reported to FAO during the late 1970s, but the last catch record was for one tonne landed by Malta in 1996 (FAO FIGIS 2006). In the North Tyrrhenian and Ligurian Sea, Serena and Vacchi (1997) reported only 15 specimens of *L. nasus* during a few decades of observation. Soldo and Jardas (2002) reported only nine records in the Eastern Adriatic from the end of 19th century until 2000. Since then there have been only a few new records (A. Soldo unpublished data). Orsi Relini and Garibaldi (2002) reported two newborn *L. nasus* caught as bycatch of the

7

006166

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

swordfish longline fishery in the Western Ligurian Sea. A possibly newborn porbeagle and one of less than two years were reported in the central Adriatic Sea (Orsi Relini and Garibaldi 2002, Marconi and De Maddalena 2001). No *L. nasus* were caught during research into western Mediterranean swordfish longline fishery bycatch (De La Serna *et al.* 2002). Just 15 specimens were caught during research conducted in 1998–1999 on bycatch in large pelagic fisheries (mainly driftnets) in the southern Adriatic and Ionian Sea (Megalofonou *et al.* 2000).

The IUCN Red List assessment for the Mediterranean population is **Critically Endangered**, on the basis of past, ongoing and estimated future reductions in population size exceeding 90%, but this may be part of the Northeast Atlantic stock (Stevens *et al.* 2005).

*Northwest Atlantic*

Detailed stock assessments and recovery projections are available for this region (DFO 2005; Gibson and Campana 2005; Campana and Gibson 2008). These identified declines of 76–79% from baseline for the entire stock, and an 85–88% decline for mature females (the spawning stock biomass, SSB). There was a very small increase after 2002 (but not in mature females), but the recovery trajectory is extremely low. Recovery to maximum sustainable yield should be achieved during the 22nd Century, if mortality rates are not too high. Campana and Gibson (2008) warn that a high seas fishery exploiting the Northwest Atlantic stock is jeopardizing Canada's fisheries management and recovery plan and that the population would crash at these exploitation rates.

Targeted *Lamna nasus* fishing started in 1961, following depletion of the Northeast Atlantic stock, when the fleet of Norwegian shark longliners switched their operations to the coast of New England and Newfoundland. Catches increased rapidly from about 1,900t in 1961 to more than 9,000t in 1964 (Annex 1 Figure 12). By 1965 many vessels had switched to other species or moved to other grounds because of the population decline (DFO 2001a). The fishery collapsed after only six years, landing less than 1,000t in 1970. It took 25 years for only very limited recovery to take place. Faeroese fishing vessels reported smaller landings during this period and throughout the 1970s and 1980s. Norwegian and Faroese fleets have been excluded from Canadian waters since the establishment of Canada's EEZ in 1995. Canadian and US authorities reported all landings after 1995.

Three offshore and several inshore Canadian vessels entered the targeted Northwest Atlantic fishery during the 1990s. Catches of 1,000–2,000 t/year throughout much of this decade reduced population levels to a new low in under ten years: the average size of sharks and catch rates were the smallest on record in 1999 and 2000, catch rates of mature sharks in 2000 were 10% of those in 1992, and biomass estimated as 11–17% of virgin biomass and fully recruited F as 0.26 (DFO 2001a). Based on scientific advice that an annual catch of 200–250t would correspond to fishing at about MSY and allow population growth (DFO 2001a), a quota of 250 tonnes was adopted for the period 2002–2007 to allow population growth and recovery (DFO 2001b). Landings have since ranged from 139t to 229t. Total population numbers have remained relatively stable since 2002, although female spawners continued to decline slightly and are now ~12–15% of their 1961 level, and ~86–92% of the level in 2002 (Gibson and Campana 2005, DFO 2005a, Annex 1 Figure 13).

DFO (2005b) determined that population recovery from this depleted state is possible, but sensitive to human-induced mortality. Human-induced mortality of about 2 to 4% of the vulnerable biomass of 4,500t to 4,800t (equivalent to a catch of 185t to 192t in 2005) is expected to allow recovery to 20% of virgin biomass ($SSN_{20\%}$) in 10–30 years. Recovery to maximum sustainable yield ($SSN_{msy}$) would take much longer: between 2030 and 2060 with no human-induced mortality, or into the 22nd century (or later) with an incidental harm rate of 4%.

8

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 16 of 77

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

At an incidental harm rate of 7% of the vulnerable biomass, corresponding to a catch of 315t, the population will not recover to $SSN_{msy}$ (Figures 14 and 15). The quota was reduced to 185t in 2006 on the basis of this advice (Lynda Maltby, Canadian Wildlife Service, in litt. May 2006).

In addition to the Canadian quota of 185t, in 1999 an unrestrictive quota of 92t was set in the US EEZ, which is presumed to share the same stock, reduced to 11t in 2008. Taiwanese, Korean and Japanese tuna longliners take a largely unknown bycatch of *L. nasus* on the high seas in the North Atlantic (ICES 2005). Most of the catch is reportedly discarded or landed at ports near the fishing grounds. Stocks and catches are "under investigation" (Fishery Agency of Japan 2004). Campana and Gibson (2008) note that the porbeagle bycatch observed on Japanese vessels could have amounted to ~200t in 2000 and 2001; this is not reported to ICCAT or NAFO. Spanish catches are usually also unreported. These levels of combined Northwest Atlantic landings will prevent stock recovery.

The IUCN Red List categorises Northwest Atlantic *L. nasus* as **Endangered**, on the basis of estimated reductions in population size exceeding 70% that have now ceased through management (Stevens *et al.* 2005).

4.4.2 Southern Hemisphere

Although porbeagle landings from the Southern Hemisphere are only reported to FAO by New Zealand, NZ catch data for the Pacific southwest, primarily bycatch in tuna longlines, but also trawl and bottom longline catches, exceed total Southern Ocean catch records in FAO FIGIS (2006).

New Zealand commercial catch, discard and processing records are illustrated in Annex 1 Figure 16. Volumes processed are sometimes higher than reported catches. Estimates of tuna longline bycatch are not available for all years and are imprecise because of low observer coverage. Approximately 60% of longline bycatch is alive when retrieved, but survival of unprocessed discarded sharks is unknown. About 80% of the bycatch is processed, 80% of this is finned, 20% processed for the meat and fins (Ministry of Fisheries 2006). There has been a 75% decline in the total weight of *L. nasus* reported since 1998–99, to a low of 55 t in 2005-06. This decline began during a period of rapidly increasing domestic fishing effort in the tuna longline fishery, and has accelerated since tuna longline effort dropped during the last two years. Unstandardised catch per unit effort recorded by observers from 1992–93 to 2004–05 varies considerably, but has been extremely low in recent years (Annex 1 Figure 17). This may not reflect stock abundance because of low observer coverage and other potential sources of variation (e.g., vessel, gear, location and season).

The abundance of *Lamna nasus* in shark bycatch of the Uruguayan pelagic tuna longline fleet declined during 1981–1998 (Domingo 2000). Initially, only the two most valuable shark species, *L. nasus* and mako *Isurus oxyrinchus*, were retained for their meat, representing about 10% of the total catch and peaking at 150t and 100t landed, respectively, in 1984. By 1991, their abundance had fallen considerably but shark fin prices were rising and blue sharks *Prionace glauca* and eight other species of large sharks were now also being retained in large quantities (Annex 1 Figure 18) (Domingo *et al.* 2001). This was accompanied by a decrease in unstandardised catch per unit effort from 110kg/1,000 hooks (1988) to 1kg/1000 (1999) in the Uruguayan tuna and swordfish fleet. This does not necessarily reflect stock abundance because changes in the distribution and depth of fishing operations and rising mean temperature of water masses in the area had also occurred (Domingo pers. comm.).

006168

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

Japanese tuna longline vessels take an unknown quantity of bycatch of *L. nasus* in the southern bluefin tuna fishing grounds. Standardised CPUE has varied from 1992 to 2002 but recent stock trends were deemed to be stable. Current stock levels are under investigation. Most of the catch is reportedly discarded or landed at ports near the fishing grounds (Fishery Agency of Japan 2004). Matsumoto (2005, cited in FAO 2007) reports a decline in annual landings to around 40% of original levels between 1997 and 2003, following an increase from very low levels during 1989–1995.

The IUCN Red List categorises Southern Ocean *L. nasus* stocks as **Near Threatened** (Stevens *et al.* 2005).

### 4.5   Geographic trends

This species now appears to be scarce, if not absent, in areas of the Mediterranean where it was formerly commonly reported (Ferretti *et al.* 2008, Alen Soldo *in litt.* 2003).

### 5.   Threats

The principal threat to *L. nasus* worldwide is over-exploitation, in target and bycatch fisheries, with many products entering international trade. This species is particularly vulnerable to fisheries because these target both mature and large juvenile animals, the latter well before maturity. Sharks recruit to New Zealand and northwest Atlantic fisheries in their first year (Ministry of Fisheries 2006, Francis *et al.* 2007). The life history characteristics of Southern Ocean porbeagles make this population significantly more vulnerable to depletion in fisheries than the North Atlantic populations.

### 5.1   Directed fisheries

Intensive directed fishing for the valuable meat of *L. nasus* was the major cause of population declines during the twentieth century. It is also a valuable utilised 'bycatch' or secondary catch of longline pelagic fisheries for tuna and swordfish (Buencuerpo *et al.* 1998). *L. nasus* is also an important target game fish species for recreational fishing in Ireland and UK. The recreational fishery in Canada and the US is very small (FAO 2003, DFO 2001b). ICES (2005) noted: "The directed fishery for porbeagle [in the Northeast Atlantic] stopped in the late 1970s due to very low catch rates. Sporadic small fisheries have occurred since that time. The high market value of this species means that a directed fishery would develop again if abundance increased."

### 5.2   Incidental fisheries

*Lamna nasus* bycatch is a valuable secondary target of many fisheries, particularly longline fisheries, but also gill nets, driftnets, trawls, and handlines. The high value of its meat means that the whole carcass is usually retained and utilised. The exception is in those high seas tuna and billfish fisheries where vessels' holding space is too limited to enable even valuable shark carcasses to be retained; in these cases the fins alone may be retained (e.g. New Zealand and far seas longline fisheries for Southern Bluefin Tuna, and other pelagic fishing fleets in the southern Indian Ocean and probably elsewhere in the Southern Hemisphere (Compagno 2001)). ICES (2005) noted: "effort has increased in recent years in pelagic longline fisheries for bluefin tuna (Japan, Republic of Korea and Taiwan Province of China) in the North East Atlantic. These fisheries may take porbeagle as a by-catch. This fishery is likely to be efficient at catching considerable quantities of this species." This has been confirmed by Campana and Gibson (2008). Bycatch is often inadequately recorded in comparison with captures in target fisheries.

006169

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

Despite the large amount of fishing activity that will result in *L. nasus* captures in the Southern Hemisphere, New Zealand is the only country that reports landings to FAO (but total FAO landings data are still lower than New Zealand's published data). Examples of important but largely unreported bycatch fisheries include the demersal longlines for Patagonian toothfish in the southern Indian Ocean (Compagno 2001) and by the Argentinean fleet (Victoria Lichtstein, CITES Management Authority of Argentina, *in litt.* to TRAFFIC Europe, 27 October 2003); longline swordfish and tuna fisheries in international waters off the Atlantic coast of South America (Domingo 2000, Domingo *et al.* 2001, Hazin *et al.* 2008); the Chilean artisanal and industrial longline swordfish fishery within and outside the Chilean EEZ, between 26–36ºS (E. Acuña unpublished data; Acuña *et al.* 2002), and the Japanese tuna fishery in Australian waters, where porbeagle was the second most abundant species after blue shark and comprised 5.5% of shark catches (Stevens and Wayte 2008). *L. nasus* is rare in warm currents off the South African coast, but taken as bycatch in colder waters. A small bycatch occurs in Australian trawl fisheries for Patagonian Toothfish and Mackerel Icefish around Heard and Macdonald islands (van Wijk and Williams 2003).

## 6.   Utilisation and trade

*L. nasus* is one of relatively few shark species targeted for their meat, with target fisheries still operating in Canada, the United States, and France and short term opportunistic target fisheries in other States as and when aggregations are located. According to FAO data, the countries with the highest porbeagle catch in 2006 were Spain (259t), France (213t) and Canada (192t). Porbeagle shark products include fresh, frozen and dried-salted meat for human consumption, oil and fishmeal for fertilizer, and fins for shark-fin soup (Compagno 2001). The commercial value of the species has been documented through market surveys (Fleming and Papageorgiou 1997, Rose 1996, and unpublished TRAFFIC Europe 2003 market surveys). Findings indicate that the demand for fresh, frozen or processed meat, as well as fins and other products of *L. nasus* is sufficiently high to justify the existence of an international market, in addition to national utilisation. Despite the high value of its meat, and unlike other high-priced fish such as swordfish, bluefin tuna and spiny dogfish, trade in *L. nasus* is not documented at the species level. This makes it difficult to assess the importance and scale of its utilisation worldwide. Available catch data for Canada indicates that porbeagle landings have been progressively decreasing, from a peak of 1 573t in 1994 to 87t in 2007, corresponding with decreasing TAC levels (Campana and Gibson, 2008). According to FAO data, global reported porbeagle landings from bycatch and directed fisheries have also decreased, from 2 700t in 1999 to 828t in 2007.

The species is also utilised for sports fishing in Ireland, USA and UK (FAO FIGIS 2006), with catches either retained for meat and/or trophies, or tagged and released (DFO 2001). Low levels of *L. nasus* are also taken by game fishers off the South Island of New Zealand (Big Game Fishing Council, undated), but estimates of the recreational harvest is unavailable and probably negligible since *L. nasus* usually occur over the outer continental shelf or beyond (MFSC 2008).

## 6.1   National utilisation

According to Gauld (1989), *L. nasus* was one of the most valuable (by weight) marine species landed in Scotland in the 1980s. In 1997 and 1998 *L. nasus* meat was auctioned in southwest England at EUR 5–7/kg, about four times the wholesale price of blue shark (EUR 1.5/kg) (Vas and Thorpe 1998). In Newlyn fishing harbour (South England), the retail price for fresh *L. nasus* shark loin was about EUR 25/kg (TRAFFIC Europe market survey, November 2003). In Germany it is offered as meat of *Kalbsfisch* or *See-Stör*. Porbeagle is considered to be of

006170

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

similar quality to swordfish meat and has been marketed as swordfish in Italy (Vannucinni 1999). Recent anecdotal reports from the German market suggest that availability is now very low (R. Melisch, *in litt.* to TRAFFIC Europe, May 2006).

Porbeagle may also be utilised nationally in some range States for liver oil, cartilage and skin (Vannuccini 1999). Low-value parts of the carcass may be processed into fishmeal. There is limited utilisation of jaws and teeth as marine curios. No significant national use of *L. nasus* parts and derivatives has been reported, partly perhaps because records at species level are not readily available, and partly because landings are now so small, particularly in comparison with other shark species.

## 6.2  Legal trade

There is a considerable market for these products within the European Union (EU), with EU Member States comprising of 60% of global reported porbeagle catch in 2006, according to FAO data. International trade in *Lamna nasus* products is unregulated, and all is therefore legal. While there is very little recent information available, earlier studies have reported that Canada exports *L. nasus* meat to the USA and the EU, Japan exports to the EU, and EU Member States export *L. nasus* to the USA where it is consumed in restaurants (Vannuccini 1999, S. Campana *in litt.* to IUCN Shark Specialist Group, 2006). *L. nasus* is also imported by Japan (Sonu 1998). However, these commercial transactions could not be quantified nor their economic value estimated.

The lack of trade data arises from the lack of any Customs Code for *L. nasus* products in the Customs Harmonised System (HS) or in the Combined Nomenclature (CN) of the EU. In the EU, codes such as 0302 65 90–Fresh or chilled shark (excl. dogfish of the species '*Squalus acanthias*' and '*Scyliorhinus* spp.), 0303 75 90–Frozen sharks (excl. dogfish) and 0304 20 69–Frozen fillets of sharks (excl. dogfish), cannot be used to estimate trade in *L. nasus* because they combine products of a variety of shark species and would therefore lead to incorrect conclusions. In Australia, data on exports of *L. nasus* to the US are grouped with mako sharks (Ian Cresswell, CITES Management Authority of Australia, *in litt.* to BMU, February 2004). Until targeted Customs control and monitoring systems, or compulsory reporting mechanisms to FAO are established, data on international trade in *L. nasus* products will not be available. Currently, the scale and value of global consumption of the species cannot be assessed.

## 6.3  Parts and derivatives in trade

### 6.3.1 Meat

This is a very high value product, one of the most palatable and valuable of shark species, and is traded in fresh and frozen form (see sections 6.1 and 6.2).

### 6.3.2 Fins

Porbeagle appears on the list of preferred species for fins in Indonesia (along with guitarfish, tiger, mako, sawfish, sandbar, bull, hammerhead, blacktip, thresher and blue shark) (Vannuccini 1999), but was reported to be relatively low value by McCoy and Ishihara (1999, quoting Fong and Anderson 1998). The large size of *L. nasus* fins nonetheless means that these are a relatively high value product. They have been identified in the fin trade in Hong Kong and are one of six species frequently used in the global fin market (including makos, blue, dusky and silky sharks) (Shivji *et al.* 2002). New Zealand has established conversion factors for *L. nasus* for wet fin (45) and dried fin (108.00) (equivalent to a weight ratio of 2.2% and 0.9% respectively) in order to monitor quota and establish the size of former catches by

006171

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

scaling up reported landings (Ministry of Fisheries, 2005). The wet fin weight ratio from the Canadian fishery is 1.8–2.8% (S. Campana pers. comm., DFO, April 2004).

### 6.3.3 Others

Porbeagle hides have been processed into leather, and liver oil extracted (Vannuccini 1999, Fischer *et al.* 1987), but trade records are not kept. Cartilage is probably also processed and traded. Other shark parts are used in the production of fishmeal, which is probably not a significant product from *L. nasus* fisheries because of the high value of the species' meat (Vannuccini 1999).

### 6.4  Illegal trade

Because no legislation has been adopted by range States or trading nations to regulate national or international trade in *Lamna nasus*, no trade transaction or transhipment is illegal.

### 6.5  Actual or potential trade impacts

The unsustainable *L. nasus* fisheries described above have been driven by the high value of the meat in national and international markets. Trade has therefore been the driving force behind the depletion of populations in the North Atlantic and may potentially also threaten southern hemisphere populations. These southern hemisphere populations are of particular concern because they are intrinsically even more vulnerable to over-exploitation in fisheries than are the depleted northern stocks.

### 7.  Legal instruments

### 7.1  National

Sweden legally protects porbeagle. The Committee on the Status of Endangered Wildlife in Canada (COSEWIC) designated *L. nasus* as Endangered in 2004 (COSEWIC 2004). The federal government declined to list the species under Schedule 1 of Canada's Species at Risk Act (SARA) because recovery measures were already being implemented.

### 7.2  International

'Family Isurida' (now Lamnidae, including *L. nasus*) is listed on Annex 1 (Highly Migratory Species) of the UN Convention on the Law of the Sea (UNCLOS). The UN Agreement on Straddling Fish Stocks and Highly Migratory Fish Stocks, in force since 2001, establishes rules and conservation measures for high seas fisheries resources. It directs States to pursue co-operation in relation to listed species through appropriate sub-regional fisheries management organisations or arrangements, but there has not yet been any progress with implementation of oceanic shark fisheries management.

*Lamna nasus* is listed in Annex III, 'Species whose exploitation is regulated' of the Barcelona Convention Protocol concerning specially protected areas and biological diversity in the Mediterranean, signed in 1995 but not yet ratified (Anon. 2002). The Mediterranean population was also added in 1997 to Appendix III of the Bern Convention (the Convention on the Conservation of European Wildlife and Natural Habitats) as a species whose exploitation must be regulated in order to keep its population out of danger. No management action has yet followed these listings.

*L. nasus* is included in Appendix II of the Convention on the Conservation of Migratory Species (CMS). CMS is currently developing an instrument for the conservation of migratory sharks, which may in due course stimulate conservation actions for the species. The third

13

006172

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

CMS inter-governmental meeting concerning international cooperation on migratory sharks is scheduled to take place in the Philippines in the second half of 2009. The objective is to complete and agree the text of a non-binding Memorandum of Understanding and associated Action Plan and open it for signature before the end of 2009. The MoU will cover the initial three species listed on CMS (basking shark, whale shark and white shark). Four more species (spiny dogfish, porbeagle and two species of mako shark, listed in Appendix II in December 2008), will also be considered for inclusion in the MoU.

*L. nasus* is also included in the OSPAR Convention for the Protection of the Marine Environment of the North-east Atlantic list of Threatened and/or Declining Species and Habitats. This list, developed under Annex V on the Protection and Conservation of the Ecosystems and Biological Diversity of the OSPAR Maritime Area, identifies species and habitats in need of protection or conservation. Proposals for actions, measures and monitoring that should be undertaken for this species will be considered in 2009. The information of these proposals will be taken into account before submission of this CITES amendment proposal

## 8.  Species management

### 8.1   Management measures

The International Plan of Action (IPOA) for the Conservation and Management of Sharks urges all States with shark fisheries to implement conservation and management plans. However, this initiative is voluntary and fewer than 20 States have produced Shark Assessment Reports or Shark Plans. Some RFOs have recently adopted shark resolutions to support improved recording or management of pelagic sharks taken as bycatch in the fisheries they manage, but no management is yet underway for *L. nasus*.

8.1.1 North Atlantic

In 2007, the USA proposed a prohibition on retention of porbeagles through the Northwest Atlantic Fisheries Organisation (NAFO), but the proposal was withdrawn due to lack of support. In 2008 the NAFO Scientific Council was warned that overfishing on the high seas (in the NAFO Regulatory Area) was undermining Canada's management for porbeagles (see below) and would lead to population crash (Campana and Gibson 2008). NAFO Parties at the 2008 annual meeting decided that pelagic shark management was the remit of the International Commission for the Conservation of Atlantic Tunas (ICCAT, the pelagic fishery management body), and urged ICCAT to take action for porbeagles at their annual meeting. ICCAT's 2008 annual meeting did not set fishing limits on porbeagles, but has planned a policy meeting to consider management measures following a stock assessment meeting planned in June 2009. The results of this meeting will be taken into account before submission of this listing proposal.

In the Northeast Atlantic, the conservation and management of sharks in EU waters falls under the European Common Fishery Policy (CFP), which manages fish stocks through a system of Total Allowable Catch (TAC or annual catch quotas) and reduction of fishing capacity. The EU *L. nasus* fishery entered TAC management in 2008. The initial restrictive quota was reduced by 25% in 2009 and a maximum landing size (210 cm fork length) was introduced to protect large females.  EC Regulation 1185/2003 prohibits the removal of shark fins and subsequent discarding of the body. This regulation is binding on EC vessels in all waters and non-EC vessels in Community waters. **The European Community Action Plan for the Conservation and Management of Sharks** (CPOA, EU COM(2009) XXX final), presented by the European Commission to the Council of Ministers and the Parliament in February 2009, sets out to rebuild depleted shark stocks fished by the Community fleet within

14

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

and outside Community Waters.  The Shark Assessment Report that accompanies the CPOA pays particular attention to *Squalus acanthias* and *Lamna nasus*. The measures outlined in the CPOA include the establishment of catch limits for shark stocks in conformity with advice provided by ICES and relevant RFMOs, release of live unwanted bycatch, increased selectivity of fishing gear, establishment of bycatch reduction programmes for Critically Endangered and Endangered shark species, and international cooperation in CMS and CITES with a view to controlling shark fishing and trading. These measures will be implemented at Community and Member State level and the Community will seek their endorsement by all relevant RFMOs.

In the Northwest Atlantic, shark fisheries management is underway in Canadian and USA waters. An unrestrictive annual quota of 92t was adopted in US waters in 1999, under the Highly Migratory Species Fisheries Management Plan. This was reduced in 2008 to 11t, leading to the closure of the fishery before the end of the year. The 1995 Canadian fisheries management plan limits the number of licenses, types of gear, fishing areas and seasons, prohibits finning, and restricts recreational fishing to catch-and-release only. Fisheries management plans for pelagic sharks in Atlantic Canada established non-restrictive catch guidelines of 1500t for *L. nasus* prior to 1997, followed by a provisional TAC of 1000t for the period 1997–1999, based largely on historic reported landings and the observation that recent catch rates had decreased (DFO 2001). Following analytical stock assessments (Campana *et al.* 1999, 2001), the Shark Management Plan for 2002–2006 reduced the TAC to 250t, followed by a further reduction to 185t (60t bycatch, 125t directed fishery) for 2006/2007. As a result, total population numbers have remained relatively stable since 2002, although numbers of female spawners declined slightly (Gibson and Campana 2005, DFO 2005a). Population projections indicate that the population will eventually recover if harvest rates are kept under 4% (~185 mt, DFO 2005b). As noted above, unregulated and unreported catches from this stock on the high seas jeopardize recovery (Campana and Gibson 2008, Figures 14 and 15).

8.1.2 <u>Southern hemisphere</u>

The Western and Central Pacific Fisheries Commission (WCPFC) will be responsible for pelagic shark management, but this is unlikely to be attempted during the early years of this Commission (Ministry of Fisheries 2006). In 1991, Australia brought in legislation that prevented Japanese longliners fishing in the EEZ from landing shark fins unless they were accompanied by the carcass. They have not fished in the Australian EEZ since 1996. Finning is currently prohibited on domestic Australian tuna longliners. A fishery is permitted by New Zealand, which has included *L. nasus* in its Quota Management System (QMS) since 2004 with an unrestrictive TAC set at 249t (Sullivan *et al.* 2005). Finning of catches and discard of carcasses is permitted in New Zealand. There are presently no other management measures applicable to the Antarctic and Southern Ocean (CCAMLR appears not to be monitoring or managing this species).

## 8.2   Population monitoring

Population monitoring requires routine monitoring of catches, collection of reliable data on indicators of stock biomass and good knowledge of biology and ecology. In most States, however, catch, bycatch and discard data for *Lamna* and most other shark and ray species are not recorded at species level, making stock assessments and population evaluation almost impossible. High seas catches are particularly poorly monitored (e.g. Campana and Gibson 2008). Those commercial landings, observer records and research survey data that are available indicate that many stocks are seriously depleted.

006174

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

Accurate trade data provide a means of confirming landings and providing an indication of compliance with catch levels, allow new catching and trading States to be identified, and provide information on trends in trade (Lack 2006). Trade data for porbeagle are, however, unreported. In the absence of a CITES listing there is no reliable mechanism to track trends in catch and trade of this species.

### 8.3   Control measures

8.3.1 <u>International</u>

Other than sanitary regulations related to seafood products and measures that facilitate the collection of import duties, there are no controls or monitoring systems to regulate or assess the nature, level and characteristics of trade in *L. nasus*. In most cases, it is grouped with other shark products under a general code, HS 0303 7500, which does not allow for estimation of trade at species level.

8.3.2 <u>Domestic</u>

The domestic fisheries management measures adopted by a few States are described in section 8.1. These are not able to deliver sustainable harvest of *L. nasus* because stocks are exploited by several fleets. Even where catch quotas have been established, as in some North Atlantic countries, no trade measures prevent the sale or export of landings in excess of quotas. Otherwise, only the usual hygiene regulations apply to control of domestic trade and utilisation. STECF (2006) noted that although a CITES Appendix II listing alone would not be sufficient to prevent catching of porbeagle, it could be considered an ancillary measure

### 8.4   Captive breeding and artificial propagation

No specimens are known to be held in captivity.

### 8.5   Habitat conservation

Very little information is available on the identification and protection of critical *L. nasus* habitat, apart from some research in areas fished by the Canadian and French fleet. Some habitat may be incidentally protected inside marine protected areas or static gear reserves.

### 9.   <u>Information on Similar Species</u>

*Lamna nasus* is one of five species in the family Lamnidae, or mackerel sharks, which also includes the White Shark *Carcharodon carcharias* and two species of mako, genus *Isurus*. The other member of its genus is the Salmon Shark *Lamna ditropis*, which most resembles *L. nasus* but is restricted to the North Pacific where *L. nasus* does not occur. The Mako Shark *Isurus oxyrinchus* may be misidentified as *L. nasus* in Mediterranean fisheries, although the two are quite distinct. The identification of whole sharks is straightforward using existing keys.

### 10. <u>Consultations</u>

xxxxxxxxx

006175

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

## 11. Additional remarks

### 11.1 CITES Provisions under Article IV, paragraphs 6 and 7: *Introduction from the sea*

It is unclear to what extent introduction from the sea will be a significant issue for this species. Canadian fisheries records, even for the shelf edge fishery, are all recorded inside the EEZ. Pelagic Japanese, Korean and Taiwanese vessels, however, take a bycatch of porbeagle on the high seas, estimates for Japan ranging from 15t to 280t annually during 2000–2002 (DFO 2005b). A CITES Appendix II listing would require introductions from the sea to be accompanied by a non-detriment finding. They would therefore have to be taken from a sustainably exploited high seas fishery, requiring management action by the appropriate Regional Fisheries Management Organisation.

### 11.2 Implementation issues

#### 11.2.1 Scientific Authority

It would be most appropriate for the Scientific Authority for this species to be a fisheries expert. They would need to be capable of making a non-detriment finding based upon stock assessments and a fishery management plan that defines sustainable harvest levels (e.g. quotas).

#### 11.2.2 Identification of products in trade

It will be important to develop species-specific commodity codes and identification guides for the meat and fins of this species. *L. nasus* meat, the product most commonly traded, is one of the highest priced shark meats in trade and often, therefore, identified by name. The dorsal fin (with skin on) has a characteristic white rear free edge. Several research groups have developed species-specific primers and highly efficient multiplex PCR (Polymerase Chain Reaction) screening assay for *L. nasus*, capable of distinguishing between southern and northern hemisphere stocks (e.g. Shivji *et al.* 2002; Pade *et al.* 2006; Testerman *et al.* 2007). Cost per sample processed starts from US$20–60, depending upon condition of sample, less for large numbers. Turn-around time is in the region of 2–7 days from receipt of sample, depending upon urgency. These tests are not suitable as initial screening tools, but may be used to confirm identification and product origin for enforcement purposes.

#### 11.2.3 Non-detriment findings

NDFs can be declared for species that are the subject of a management plan, as long as the proposed export is consistent with the sustainable management provisions of that plan (CITES AC22 Doc. 17.2). Management for *L. nasus* would ideally be based upon stock assessments and scientific advice on sustainable fisheries harvest levels (e.g. quotas) or technical measures. For example, similar techniques are applied in DFO 2005b to determine recovery rates under different levels of human-induced mortality. This is standard fisheries management practice – albeit currently not widely applied for this species. Other States wishing to export *L. nasus* products would also need to develop and implement sustainable fisheries management plans if NDFs are to be declared, and would need to ensure that all States fishing the same stocks implement and enforce equally precautionary conservation and management measures. As noted by STECF (2006), requiring the release of live bycatch would be a useful mitigation policy.

006176

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

## 12. References

Acuña, E., Villarroel, J.C. y Grau, R. 2002. Fauna Ictica Asociada a la Pesquería de Pez Espada (*Xiphias gladius* Linnaeus). Gayana (Concepc.), 66(2):263–267.

Anonymous, 2002. Report of the meeting of experts for the elaboration of an Action Plan for the conservation of Mediterranean species of cartilaginous fish. UNEP, RAC/SPA, Tunis.

Big Game Fishing Council, undated. Submission to New Zealand government on quota proposals. http://www.option4.co.nz/pdf/sharksnzbgfc04.pdf.

Biseau, A. 2006. Untitled summary of french porbeagle fisheries and market data. Working Document, ICES Working Group on Elasmobranch Fishes.

Bonfil, R. 1994. Overview of world elasmobranch fisheries. *FAO Fisheries Technical Paper* No. 341 119 pp.

Buencuerpo, V., Rios, S., Moron, J. 1998. Pelagic sharks associated with the swordfish, *Xiphias gladius*, fishery in the eastern North Atlantic Ocean and the Strait of Gibraltar. *Fishery Bulletin* (96): 667–685

Campana, S., L. Marks., Joyce, W., Hurley, P., Showell, M., and Kulka, D.1999. An analytical assessment of the porbeagle shark (*Lamna nasus*) population in the northwest Atlantic. Canadian Science Advisory Secretariat. *CSAS. Res. Doc.*99/158.

Campana, S., Marks, L., Joyce, W. and Harley, S. 2001. Analytical assessment of the porbeagle (*Lamna nasus*) population in the Northwest Atlantic, with estimates of long-term sustainable yield. Canadian Science Advisory Secretariat. *CSAS Res. Doc.* 2001/067. 17 pp.

Campana, S.E. and W.N. Joyce. 2004. Temperature and depth associations of porbeagle shark (*Lamna nasus*) in the northwest Atlantic. *Fish. Oceanogr.* **13**:52–64.

Campana S. and J. Gibson. 2008. Catch and Stock Status of Porbeagle Shark (*Lamna nasus*) in the Northwest Atlantic to 2007, NAFO Doc. 08/36.

Compagno, L.J.V. 2001. Sharks of the World. Volume 2. Bullhead, mackerel and carpet sharks (Heterodontiformes, Lamniformes and Orectolobiformes). An annotated and illustrated catalogue of the shark species known to date. *FAO Species Catalogue for Fisheries Purposes* (1): i–v, 1–269.

COSEWIC 2004. COSEWIC assessment and status report on the porbeagle shark *Lamna nasus* in Canada. Committee on the Status of Endangered Wildlife in Canada. Ottawa. viii + 43 pp. (www.sararegistry.gc.ca/status/status_e.cfm).

De la Serna, J.M., Valeiras,J., Ortiz, J.M., Macias D., 2002. Large Pelagic sharks as by-catch in the Mediterranean Swordfish Longline Fishery : some biological aspects. NAFO SCR Doc.02/137 Serial No. N4759.

DFO. 2001a. Porbeagle shark in NAFO subareas 3–6. *Scientific Stock Status Report*. B3-09. 9 pp.

DFO. 2001b. Canadian Atlantic Pelagic Shark Integrated Fishery Management Plan, 2000–2001. Pp. 1–72.

DFO, 2005a. Stock assessment report on NAFO Subareas 3–6 porbeagle shark. *CSAS Science Advisory Report* 2005/044.

DFO, 2005b. Recovery Assessment Report on NAFO Subareas 3–6 Porbeagle Shark. *CSAS Science Advisory Report* 2005/043.

DFO 2006. Potential Socio-economic Implications of Adding Porbeagle Shark to the List of Wildlife Species at Risk in the *Species at Risk Act* (SARA). Fisheries and Oceans Canada, Policy and Economics Branch – Maritimes Region, Dartmouth, Nova Scotia.

Domingo, A. , O. Mora y M. Cornes. 2001. Evolución de las capturas de elasmobranquios pelágicos en la pesquería de atunes de Uruguay, con énfasis en los tiburones azul (prionace glauca), moro (Isurus oxyrinchus) y porbeagle (*Lamna nasus*). Col. Vol. Sci. Pap. ICCAT 54(4): 1406–1420.

Domingo, A. 2000. Los Elasmobranquios Pelágicos Capturados por la flota de longline Uruguaya. In: M. Rey (Editor). Consideraciones Sobre la Pesca Incidental Producida por la Actividad de la Flota Atunera Dirigida a Grandes Pelágicos. "Plan De Investigación Pesquera". Inape – Pnud Uru/92/003.

FAO. 2001. Report of the second technical consultation of the CITES criteria for listing commercially exploited aquatic species. FAO Fisheries Report No. 667. FAO, Rome.

FAO–FIGIS. 2007. Capture production statistics. FAO website, downloaded 2008.

006177

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

FAO–FIGIS. 2004. *Lamna nasus* Species Fact Sheet. *In*: A world overview of species of interest to fisheries. FIGIS Species Fact Sheets. SIDP -Species Identification and Data Programme. FAO–FIGIS. <http://www.fao.org/figis/servlet/species?fid=2798> downloaded 2006.

FAO. 2007. Report of the The Second FAO Ad Hoc Expert Advisory Panel for the Assessment of Proposals to Amend Appendices I and II of CITES Concerning Commercially-exploited Aquatic Species, Rome, 26-30 March 2007. FAO Fisheries Report No. 833. FIMF/R833, Rome, Italy.

Ferretti, F. R. A. Myers, F, Serena and H. K. Lotze. 2008. Loss of Large Predatory Sharks from the Mediterranean Sea. *Conservation Biology*. doi: 10.1111/j.1523-1739.2008.00938.x.

Fischer, W., Bauchot, M.-L. and Schneider, M.-L 1987. *Fiches FAO d'identification des espèces pour les besoins de la pêche. Méditerranée et Mer Noire.* Zone de peche 37. Volume 2. Vertébrés. FAO, Rome. 761–1530.

Fishery Agency of Japan. 2008. Salmon Shark *Lamna ditropis*; Porbeagle Shark *Lamna nasus*, Pacific, Atlantic and Indian Oceans. *In*: The current status of international fishery stocks (summarised edition). Pp. 82–83. Fishery Agency, Japan.

Fishery Agency of Japan. 2004. Salmon Shark *Lamna ditropis*; Porbeagle Shark *Lamna nasus*, Pacific, Atlantic and Indian Oceans. *In*: The current status of international fishery stocks (summarised edition). Pp. 82–83. Fishery Agency, Japan.

Fleming, Elizabeth. H. and Papageorgiou, P.A. 1997. *Shark fisheries and trade in Europe*. TRAFFIC Europe. 78 pp.

Fong, Q.S.W. and J.L. Anderson (1998). Assessment of Hong Kong shark fin trade. Department of Environmental and Natural Resource Economics, University of Rhode Island, Kingston, 9 pp.

*Francis, M.P., S.E. Campana, and C.M. Jones.* 2007. Age under-estimation in New Zealand porbeagle sharks (*Lamna nasus*): is there an upper limit to ages that can be determined from shark vertebrae? *Marine and Freshwater Research*, 2007, 58, 10–23.

Francis, M. P., Natanson, L. J. and Campana, S. E. 2008: Porbeagle (*Lamna nasus*). In: Pikitch, E. K. and M. Camhi (Eds). *Sharks of the open ocean*. Blackwell Scientific Publications.

Gauld, J.A. (1989). Records of porbeagles landed in Scotland, with observations on the biology, distribution and exploitation of the species. *Scottish Fisheries Research Report* 45, ISSN 0308 8022. 15 pp.

Gibson, A.J. and S. E. Campana. 2005. Status and recovery potential of porbeagle shark in the Northwest Atlantic. CSAS Res. Doc. 2005/53. 79pp.

Greig, T.W., Moore, K.M., Woodley, C.M., and Quattro, J.M. 2005. Gene sequences useful for identification of western North Atlantic shark species. *Fishery Bulletin* 103(3) 516–525.

Hazin, F., M. Broadhurst, A. Amorim, C. Arfelli and A. Domingo. 2008. Catch of pelagic sharks by subsurface longline fisheries in the South Atlantic Ocean: A review of available data with emphasis on Uruguay and Brazil In: "Sharks of the open Ocean" M. Camhi and E. Pikitch (Eds.) Blackwell Scientific, New York.

ICES. 2005. Report of the ICES Advisory Committee on Fishery Management. Copenhagen, Denmark.

Jensen, C. F., L.J. Natanson, H.L. Pratt, N.E. Kohler, and S.E. Campana. 2002. The reproductive biology of the porbeagle shark, *Lamna nasus*, in the western North Atlantic Ocea*n. Fish. Bull.* **100**:727–738.

Joyce, W., S.E. Campana, L.J. Natanson, N.E. Kohler, H.L. Pratt, and C.F. Jensen. 2002. Analysis of stomach contents of the porbeagle shark (*Lamna nasus*) in the northwest Atlantic. *ICES J. Mar. Sci.* **59**:1263–1269.

Kohler NE, Turner PA 2001. Shark tagging: A review of conventional methods and studies. *Environmental Biology of Fishes* 60 (1–3): 191–223.

Kohler, N.E., P.A. Turner, J.J. Hoey, L.J. Natanson, and R. Briggs. 2002. Tag and recapture data for three pelagic shark species, blue shark (*Prionace glauca*), shortfin mako (*Isurus oxyrinchus*), and porbeagle (*Lamna nasus*) in the North Atlantic Ocean, ICCAT Collective Volume of Scientific Papers SCRS/2001/064 1231–1260.

Lack, M. (2006). Conservation of Spiny Dogfish *Squalus acanthias*: A Role for CITES? TRAFFIC Oceania.

19

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

Lallemand-Lemoine, L. 1991. Analysis of the French fishery for porbeagle *Lamna nasus* (Bonnaterre, 1788). ICES-CM-1991/G:71, 10 pp.

Marconi, M., De Maddalena, A. 2001. On the capture of a young porbeagle, *Lamna nasus* (Bonnaterre, 1788), in the western Adriatic Sea. Annales, Ser.hist.nat. 11, 2 (25): 179–184

Matsumoto, H. 2005, Report of observer program for Japanese tuna longline fishery in the Atlantic Ocean from August 2004 to January 2005, Col. Vol. Sci. Rap. ICCAT, 59(2): 663–681).

Matsunaga, H. and H. Nakano 2002. Preliminary results of standardized CPUE for porbeagles caught by Japanese longline fishry in the Atlantic Ocean. Col. Vol. Sci. Pap. ICCAT, 54(4); 1381–1385. Available at http://www.iccat.es/Documents/CVSP/CV054_2002/no_4/CV054041381.pdf

Matsunaga, H. and H., Nakano 2005. Estimation of shark catches by Japanese tuna longline vessels in the Atlantic Ocean. Col. Vol. Sci. Pap. ICCAT 58(3): 1096–1105. Available at http://www.iccat.es/Documents/CVSP/CV058_2005/no_3/CV058031096.pdf.

McCoy, M.A. and H. Ishihara. 1999. *The Socio-economic Importance of Sharks in the U.S. Flag Areas of the Western and Central Pacific* (Adminstrative Report AR-SWR-99-01), prepared for U.S. Department of Commerce, National Marine Fisheries Service, Southwest Region, Long Beach, California, United States.

Megalofonou, P., Damalas, D., Yannopoulos, C., De Metrio, G., Deflorio, M., De La Serna, J.M., Macias, D. 2000. By catches and discards of sharks in the large pelagic fisheries in the Mediterranean Sea. Final report of the Project No 97/50 DG XIV/C1, Comm. Of the Eu. Communities.

Mejuto, J. 1985. Associated catches of sharks, *Prionace glauca, Isurus oxyrinchus* and *Lamna nasus*, with NW and N Spanish swordfish fishery in 1984. ICES C.M. 1985/H:42: 16pp.

Ministry of Fisheries. 2005. New Zealand Gazette of Thursday, November 3 2005. Issue No. 184. Wellington, New Zealand.

MFSC, 2008. Ministry of Fisheries, Science Group (Comps.). 2008. Report from the Mid-Year Fishery Assessment Plenary, November 2008: stock assessments and yield estimates. (Unpublished report held in NIWA Greta Point Library, Wellington, New Zealand).

Ministry of Fisheries, Science Group (Comps.). 2006. Report from the Fishery Assessment Plenary, May 2006: stock assessments and yield estimates. 875pp. (Porbeagle on pp. 592–596.) Unpublished report held in NIWA Library, Wellington, New Zealand.

Orsi Relini L. & Garibaldi F. 2002. Pups of Lamnid sharks from the Ligurian Sea: morphological and biometrical characteristics of taxonomic value. *In* M. Vacchi, G. La Mesa, F. Serena & B. Seret (eds.) *Proc. 4th Elasm. Assoc. Meet.,* Livorno (Italy) 2000. ICRAM, ARPAT & SFI: 199.

Pade, N., Sarginson, J., Antsalo, M., Graham, S., Campana, S., Francis, M., Jones, C., Sims, D., and Noble, L. 2006. Spatial ecology and population structure of the porbeagle (*Lamna nasus*) in the Atlantic: an integrated approach to shark conservation. Poster presented at 10th European Elasmobranch Association Science Conference. 11–12 November 2006. Hamburg, Germany.

Rose, D.A. 1996. *An overview of world trade in sharks and other cartilaginous fishes.* TRAFFIC International. 106 pp.

Serena, F. & Vacchi, M. 1997. Attivita di studio sui grandi pesci cartilaginei dell'alto Tirreneo e Mar Ligure nell'ambito del programma L.E.M. (Large elasmobranchs monitoring). *Quad. Civ. Staz. Idrobiol.* N. 22: 17–21

Shivji, M., Clarke, S., Pank, M., Natanson, L., Kohler, N., and Stanhope, M. 2002. Rapid molecular genetic identification of pelagic shark body-parts conservation and trade-monitoring. *Conservation Biology* 16(4): 1036–1047.

Soldo, A. & I. Jardas. 2002. Large sharks in the Eastern Adriatic. *In* M. Vacchi, G. La Mesa, F. Serena & B. Seret (eds.) *Proc. 4th Elasm. Assoc. Meet.,* Livorno 2000. ICRAM, ARPAT & SFI: 141–155.

Sonu, S.C. 1998. Shark fisheries, trade, and market of Japan. *NOAA Technical Memorandum NMFS.*

STECF 2006. Report of subgroup on porbeagle. European Scientific, Technical and Economic Committee on Fisheries. Brussels.

Stevens, J.D. (1976). Preliminary results of shark tagging in the north-east Atlantic, 1972–1975. *Journal of the Marine Biological Association of the United Kingdom* 56, 929–937.

006179

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 28 of 77

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

Stevens, J.D. (1990). Further results from a tagging study of pelagic sharks in the north-east Atlantic. *Journal of the Marine Biological Association of the United Kingdom* 70, 707–720.

Stevens, J.D., Bonfil, R., Dulvy, N.K. and Walker, P.A. 2000. The effects of fishing on sharks, rays, and chimaeras (chondrichthyans), and the implications for marine ecosystems. *ICES Journal of Marine Science*, Volume 57, Issue 3, 476–494 pp.

Stevens, J., Fowler, S.L., Soldo, A., McCord, M., Baum, J., Acuña, E., Domingo, A. & Francis, M. 2005. *Lamna nasus.* In: IUCN 2006. *2006 IUCN Red List of Threatened Species.* <www.iucnredlist.org>.

Stevens, J. D., and Wayte, S. E. (1999). A review of Australia's pelagic shark resources. FRDC Project No. 98/107. Fisheries Research and Development Corporation, Canberra.

Sullivan, K. J., P. M. Mace, N. W. M. Smith, M. H. Griffiths, P. R. Todd, M. E. Livingston, S. Harley, J. M. Key & A. M. Connell (ed.). 2005. Report from the Fishery Assessment Plenary, May 2005: stock assessments and yield estimates. Ministry of Fisheries, Wellington. 792 pp.

Svetlov, M.F. (1978). The porbeagle, *Lamna nasus,* in Antarctic waters. *Journal of Ichthyology* 18 (5), 850–851.

Testerman, C., Richards, V., Francis, M., Pade, N., Jones, C., Noble, L. and Shivji, M. 2007. Global phylogeography of the porbeagle shark (*Lamna nasus*) reveals strong genetic separation of northern and southern hemisphere populations. Abstract presented at the American Elasmobranch Society Annual Conference 2007

Vannuccini, S. 1999. Shark utilization, marketing and trade. *FAO Fisheries Technical Paper.* No. 389. Rome, FAO. 470 pp.

Van Wijk, E.M. and R. Williams (2003). Fishery and invertebrate by-catch from Australian fisheries for *D. eleginoides* and *C. gunnari* in Division 58.5.2. CCAMLR WG-FSA 03/73. 26 pp.

Vas, P. and Thorpe, T. 1998. Commercial landings of sharks in South-Western England. *Shark News* 12: November 1998.

006180

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009

## LIST OF TABLES AND FIGURES

### Tables

Table 1. Summary of population and catch trend data .......................................................................... 5

Table 2. *Lamna nasus* life history parameters ......................................................................... Annex 1, 2

### Figures

Figure 1. Porbeagle *Lamna nasus* ........................................................................................................ 2

Figure 2. Global *Lamna nasus* distribution ............................................................................ Annex 1, 1

Figure 3. FAO fishing areas ..................................................................................................... Annex 1, 1

Figure 4. Global reported landings of *Lamna nasus* by FAO area 1950–2006 ........................ Annex 1, 2

Figure 5. Northeast Atlantic landings of *Lamna nasus* by fishing State, 1950–2006 ............... Annex 1, 3

Figure 6. Landings of *Lamna nasus* from ICES Areas (Northeast Atlantic), 1973–2004 ......... Annex 1, 4

Figure 7. Landings of *Lamna nasus* by Norway in the Northeast Atlantic, 1926–2006 .......... Annex 1, 4

Figure 8. Landings of *Lamna nasus* by Denmark in the Northeast Atlantic, 1954–2004 ......... Annex 1, 5

Figure 9. Landings of *Lamna nasus* by Faroe Islands in the Northeast Atlantic, 1973–2007 .. Annex 1, 5

Figure 10. French landings (tonnes) of *Lamna nasus* in the Northeast Atlantic, 1978–2005 .. Annex 1, 6

Figure 11. Porbeagle catch per unit effort and landings, French target fishery 1990–2005 .... Annex 1, 6

Figure 12. *Lamna nasus* landings in the Northwest Atlantic, 1961–2007 .............................. Annex 1, 7

Figure 13. Estimated trends in numbers of *Lamna nasus* in Canadian waters ....................... Annex 1, 7

Figure 14. Predicted deterministic recovery trajectories from population viability analysis ..... Annex 1, 8

Figure 15. Predicted deterministic recovery trajectories from porbeagle population models . Annex 1, 9

Figure 16. New Zealand commercial landings of porbeagle sharks ..................................... Annex 1, 10

Figure 17. Unstandardised CPUE indices for the New Zealand tuna longline fishery .......... Annex 1, 11

Figure 18. Sharks landed by the Uruguayan long line fleet, 1981–1998. ............................ Annex 1, 12

## ANNEX 1 – TABLES AND FIGURES

## ANNEX 2 – SCIENTIFIC SYNONYMS OF *LAMNA NASUS*

## ANNEX 3 – RANGE STATES AND SEA AREAS WHERE *LAMNA NASUS* HAS BEEN RECORDED

006181

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes

**Annex 1**



**Figure 2. Global *Lamna nasus* distribution (*Source*: FAO FIGIS 2004)**



**Figure 3. FAO fishing areas.**

**Key**: *Lamna nasus* is reported from the fishing areas underlined below.

| | | |
|---|---|---|
| 01 - Africa-Inland Water | 31 - Atlantic, Western Central | 58 - Indian Ocean, Antarctic |
| 02 - America-Inland Water | 34 - Atlantic, Eastern Central | 61 - Pacific, Northwest |
| 03 - America, South-Inland Water | 37 - Mediterranean & Black seas | 67 - Pacific, Northeast |
| 04 - Asia-Inland Water | 41 - Atlantic, Southwest | 71 - Pacific, Western Central |
| 05 - Europe-Inland Water | 47 - Atlantic, Southeast | 77 - Pacific, Eastern Central |
| 06 - Oceania-Inland Water | 48 - Atlantic, Antarctic | 81 - Pacific, Southwest |
| 21 - Atlantic, Northwest | 51 - Indian Ocean, Western | 87 - Pacific, Southeast |
| 27 - Atlantic, Northeast | 57 - Indian Ocean, Eastern | 88 - Pacific, Antarctic |

23

006182

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes

## Table 2. *Lamna nasus* life history parameters

| | | | |
|---|---|---|---|
| Age at maturity (years) | female: | 13 years (North Atlantic); 15–18 years (SW Pacific) | Campana *et al.* 2008; DFO 2005; Francis *et al.* 2007 |
| | male: | 8 years (North Atlantic); 8–11 years (SW Pacific) | Campana *et al.* 2008; DFO 2005; Francis *et al.* 2007 |
| Size at maturity (total length cm) | female: | 195 cm (SW Pacific), 230–260 cm (North Atlantic) | Campana *et al.* 2008; Dulvy *et al.* 2008; Francis *et al.* 2007; Francis & Duffy 2005 |
| | male: | 165 cm (SW Pacific), 180–215 cm (North Atlantic) | Campana *et al.* 2008; Dulvy *et al.* 2008; Francis *et al.* 2007 |
| Maximum size (total length cm) | female: | 302, 357 cm (N Atlantic); 240 cm (SW Pacific) | Francis *et al.* 2008; DFO 2005; Dulvy *et al.* 2008 |
| | male: | 253, 295 cm (N Atlantic; 240 cm (SW Pacific) | Francis *et al.* 2008; DFO 2005; Dulvy *et al.* 2008 |
| Longevity (years) | >25–46 years (Northwest Atlantic); ~65 years (Southwest Pacific) | | Campana *et al.* 2008; DFO 2005; Francis *et al.* 2007 |
| Size at birth (cm) | 58–77 (North Atlantic), 72–82 (Southwest Pacific) | | Francis *et al.* 2008; Dulvy *et al.* 2008 |
| Average reproductive age/ generation time | 18 years (Northwest Atlantic); 26 years (Southwest Pacific) | | Campana *et al.* 2008; DFO 2005; Francis *et al.* 2007 |
| Gestation time | 8–9 months | | |
| Reproductive periodicity | Annual | | |
| Average litter size | Four pups | | |
| Annual rate of population increase | 5–7% (unfished, North Atlantic); 2.6% (from MSY, southwestern Pacific | | Campana *et al.* 2008; Smith *et al.* 2008 |
| Natural mortality | 0.10 (immatures), 0.15 (mature males), 0.20 (mature F) (Northwest Atlantic) | | Campana *et al.* 2001 |

24

006183

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes



**Figure 4. Global reported landings (tonnes) of *Lamna nasus* by FAO fishing area, 1950–2006.** (*Source*: FAO FishStat)



**Figure 5. Northeast Atlantic landings (tonnes) of *Lamna nasus* by major fishing States, 1950–2006.** (*Source*: FAO Fishstat)

006184

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes



**Figure 6. Landings (tonnes) of *Lamna nasus* from ICES Areas (Northeast Atlantic), 1973–2004.** (*Source*: ICES Working Group on Elasmobranch Fishes 2006)



**Figure 7. Landings (tonnes) of *Lamna nasus* by Norway in the Northeast Atlantic, 1926–2006.** (*Source*: Norwegian fisheries data & ICES WGEF)

26

006185

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes



**Figure 8. Landings (tonnes) of *Lamna nasus* by Denmark in the Northeast Atlantic, 1954–2004.**  (*Source*: ICES Working Group on Elasmobranch Fishes)



**Figure 9. Landings (tonnes) of *Lamna nasus* by Faroe Islands in the Northeast Atlantic, 1973–2007.**  (*Source*: ICES WGEF and European Commission.)

27

006186

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes



**Figure 10. French landings (tonnes) of *Lamna nasus* in the Northeast Atlantic, 1978–2005.  (*Source*: ICES Working Group on Elasmobranch Fishes)**



**Figure 11. Porbeagle catch per unit effort (kg/vessel) from French target fishery (upper panel) and landings (t) from these vessels (lower panel) in the NE Atlantic, 1990–2005.**
(*Source*: ICES Advice 2008, Book 9.)

28

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 36 of 77

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes



**Figure 12. *Lamna nasus* landings in the Northwest Atlantic, 1961–2007 (excluding unreported high seas captures).** (Stacked columns - Source: Campana and Gibson 2008)



**Figure 13. Estimated trends in numbers of mature females (top), age-1 recruits (centre) and total number of *Lamna nasus* in Canadian waters from four porbeagle population models (all show similar trajectories).** (Source: Campana and Gibson 2008.)

29

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes



**Figure 14. Predicted deterministic recovery trajectories from the population viability analysis under four different exploitation scenarios.** Quantiles of population size in each year from low (bottom line = 0) to high (top line = 0.9). Time to recover at 4% exploitation rate was 30-100+yr. (Source: Campana and Gibson 2008.)

006189

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes



**Figure 15. Predicted deterministic recovery trajectories from each of three porbeagles population models at each of four exploitation rates**.
All simulate populations recover at exploitation rates of less than about 4% (corresponding to a total catch of 185t). (Source: Campana and Gibson 2008.)

006190

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 39 of 77

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes



**Figure 16. New Zealand commercial landings of porbeagle sharks reported by fishers and processors (LFRR), 1989/90 to 2004/05.** (Source Ministry of Fisheries 2008.)

Substantial foreign landings up to about 1992–93 have not been quantified and are not included here. Domestic tuna longline fishing effort rose until 2002/03, but has fallen in recent years.



**Figure 17. Unstandardised CPUE indices (number of *Lamna nasus* per 1000 hooks) for the New Zealand tuna longline fishery based on observer reports.**

Years are fishing years (1993 = October 1992 to September 1993). Confidence intervals are from bootstrapped data. -■- foreign and charter fleet, southern New Zealand; -□- foreign and charter fleet, northern New Zealand; -●- domestic fleet, southern New Zealand; -○- domestic fleet, northern New Zealand. (Takenfrom Ministry of Fisheries (2008). Source: Griggs *et al.* 2007.)

32

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 – Annexes



**Figure 18. Sharks landed by the Uruguayan long line fleet, 1981–1998. (Source: Domingo 2000). ('Varios' includes eight species of large sharks.)**

006192

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes

**Annex 2.**

**Scientific synonyms of *Lamna nasus***

(*Source*: FAO Species Identification Sheet 2003)

- *Squalus glaucus* Gunnerus, 1768 (not S. glaucus Linnaeus, 1758 = Prionace glauca);
- *Squalus cornubicus* Gmelin, 1789;
- *Squalus pennanti* Walbaum, 1792 (alsoLamna pennanti, Desvaux, 1851);
- *Squalus monensis* Shaw, 1804;
- *Squalus cornubiensis* Pennant, 1812;
- *Squalus selanonus* Walker, in Leach, 1818;
- *Selanonius walkeri* Fleming, 1828;
- *Lamna punctata* Storer, 1839;
- *Oxyrhina daekayi* Gill, 1862;
- *Lamna philippi* Perez Canto, 1886;
- *Lamna whitleyi* Philipps, 1935.

34

006193

Supp. Administrative Record Index for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Draft : *Lamna nasus* Appendix II listing proposal, February 2009 - Annexes

## Annex 3.

### Range States and Areas where *Lamna nasus* has been recorded
(Source Compagno 2001)

Albania
Algeria
Antarctica
Argentina
Australia (New South Wales; Queensland; South Australia; Tasmania; Victoria; Western Australia)
Azores Is. (Portugal)
Belgium
Bermuda
Brazil
Canada (New Brunswick; Newfoundland; Nova Scotia; Prince Edward Island)
Canary Islands
Cape Verde
Channel Islands (UK)
Chile
Croatia
Cyprus
Denmark
Egypt

Faeroe Islands
*Falkland/Malvinas Islands
Finland
France
France (Corse)
French Polynesia
Germany
Gibraltar
Greece (East Aegean Is.; Kriti)
Greenland
Iceland
Ireland
Isle of Man
Israel
Italy (Sardinia; Sicilia)
Kerguelen Is.
Lebanon
Libya
Madeira Islands (Portugal)
Malta
*Malvinas/Falkland Islands
Monaco
Morocco

Netherlands
New Zealand
Norway
Portugal
Russian Federation
Slovenia
South Africa
South Georgia and the South Sandwich Islands
Spain
Sweden
Syria
Tunisia
Turkey
United Kingdom (England, Wales, Scotland, Northern Ireland)
United States of America (Maine; Massachusetts; New Jersey; New York; Rhode Island; South Carolinas?)
Uruguay
Yugoslavia

**FAO Fisheries Areas**:
21, 27, 31, 34, 37, 41, 47, 48, 51, 57, 58, 81 and 87 (see Figure 3).

**Oceans**:
Northwest Atlantic: Greenland, Canada, United States, and Bermuda.

Northeast Atlantic: Iceland and western Barents Sea to Baltic, North and Mediterranean Seas, including Russia, Norway, Sweden, Denmark, Germany, Holland, United Kingdom, Ireland, France, Portugal, Spain, and Gibraltar; Mediterranean (not Black Sea); Morocco, Madeira, and Azores.

Southern Atlantic: southern Brazil and Uruguay to southern Argentina; Namibia and South Africa.

Indo-West Pacific: South-central Indian Ocean from South Africa east to between Prince Edward and Crozet Islands, between Kerguelen and St. Paul Islands, and southern Australia, New Zealand. Sub Antarctic waters off South Georgia, Marion, Prince and Kerguelen Islands.

Eastern South Pacific: southern Chile to Cape Horn.

* A dispute exists between the Governments of Argentina and the United Kingdom of Great Britain and Northern Ireland concerning sovereignty over the Falkland Islands/Islas Malvinas

006194

**EXHIBIT TWO**

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

**Amendments to Appendices I and II of CITES, CoP XV, 2010: *Lamna nasus***

## A.  PROPOSAL

**Inclusion of *Lamna nasus* (Bonnaterre, 1788) in Appendix II in accordance with Article II 2(a) and (b).**

### Qualifying Criteria (Conf. 9.24 (Rev. CoP14)[1]

*Annex 2a A:  It is known, or can be inferred or projected, that the regulation of trade in the species is necessary to avoid it becoming eligible for inclusion in Appendix I in the near future.*

North and Southwest Atlantic and Mediterranean stocks of *Lamna nasus* qualify for listing under this criterion, because their marked decline in population size meets CITES' guidelines for the application of decline to commercially exploited aquatic species. Stocks of this low productivity shark (natural mortality 0.1–0.2) have experienced historical extent of declines to ~20% of baseline and rapid recent rates of decline.

*Annex 2a B:  It is known, or can be inferred or projected, that regulation of trade in the species is required to ensure that the harvest of specimens from the wild is not reducing the wild population to a level at which its survival might be threatened by continued harvesting or other influences.*

Unsustainable target fisheries for *Lamna nasus* in parts of its range have been driven by international trade demand for its high value meat. Based on past fisheries' development and shifting of effort from the NE Atlantic to the NW Atlantic it can be <u>projected </u>that other Southern hemisphere stocks are likely to experience similar decreases unless international trade regulation provides an incentive to introduce sustainable management.

*Annex 2b A:    The specimens of the species in the form in which they are traded resemble specimens of a species included in Appendix II under the provisions of Article II, paragraph 2 (a), or in Appendix I, such that enforcement officers who encounter specimens of CITES-listed species, are unlikely to be able to distinguish between them.*

Complex patterns of export, processing and re-export of meat make it difficult to readily distinguish products from different stocks, unless DNA analysis is used to confirm the origin of processed products. A split listing is therefore not recommended as it could facilitate IUU fishing for stocks listed in Appendix II and enable catches to be laundered as taken from non-listed stocks. Such an outcome would clearly be undesirable and has the potential to undermine the effectiveness of global conservation and management efforts (FAO 2007). Stocks that do not qualify under Annex 2a are therefore proposed for listing under Article II(b).

### Annotation

The entry into effect of the inclusion of *Lamna nasus* in Appendix II of CITES will be delayed by 18 months to enable Parties to resolve related technical and administrative issues, such as the possible designation of an additional Management Authority and adoption of Customs codes.

## B.  PROPONENT

Sweden, on behalf of the European Community's Member States acting in the interest of the European Community.

## C.  SUPPORTING STATEMENT

### 1.  Taxonomy

| | |
|---|---|
| 1.1 Class: | Chondrichthyes (Subclass: Elasmobranchii) |
| 1.2 Order: | Lamniformes |
| 1.3 Family: | Lamnidae |
| 1.4 Species: | *Lamna nasus* (Bonnaterre, 1788) |
| 1.5 Scientific synonyms: | See Annex 2 |

**Figure 1.   Porbeagle *Lamna nasus***



(c) D. Weber/D.E.G.

1.6 Common names:

English:  Porbeagle
Danish:  Sildehaj
Swedish:  Hábrand; sillhaj
German:  Heringshai (market name: Kalbsfisch, See-Stör)
Italian:  Talpa (market name: smeriglio)
Spanish:  Marrajo sardinero; cailón marrajo, moka, pinocho

---

[1]  CITES Standing Committee 58 under point 43 [SC58 Sum. 7 (Rev. 1) (09/07/2009)] has <u>asked </u>Parties, as they prepared for the upcoming CoP15, to i. a. clearly define in their listing proposals how they interpreted and applied Resolution Conf. 9.24 (Rev. CoP14). This interpretation is outlined in Annex 4 to this proposal.

003588

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 45 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

French:    Requin-taupe commun (market name: veau de mer)
Japanese: Mokazame

## 2.   Overview

2.1   The large warm-blooded Porbeagle shark (*Lamna nasus*) occurs in temperate waters of the North Atlantic and Southern Oceans. It is highly vulnerable to over-exploitation in fisheries and very slow to recover from depletion. It is taken in target fisheries and is also an important retained and utilised component of the bycatch in pelagic longline fisheries. The meat and fins are of high quality and high value in international trade. Trade records are generally not species-specific; international trade levels, patterns and trends are largely unknown. DNA tests for parts and derivatives in trade are available.

2.2   Unsustainable North Atlantic target *L. nasus* fisheries are well documented. These have depleted stocks severely; landings fell from thousands of tonnes to a few hundred in less than 50 years. Joint assessments of North and South Atlantic stocks by ICCAT and ICES scientists (2009) have identified marked historical extents of decline to less than 30% of baseline, and marked recent rates of decline exceeding 50%. Where data are available for other Southern Hemisphere stocks, which are a high value target and bycatch of longline fisheries and biologically less resilient to fisheries, these also show declining trends.

2.3   Quota management based on stock assessment and scientific advice has been in place in the Canadian Exclusive Economic Zone (EEZ) since 2002, where the stock has now stabilised, in the US since 1999, in New Zealand since 2004, and in the EU since 2008. National management measures cannot control high seas catches, where unregulated and unreported fisheries jeopardize stock recovery. At the time of writing, Regional Fishery Organisations (RFOs) have not set catch limits for high seas stocks.

2.4   *Lamna nasus* meets the guidelines suggested by FAO for the listing of commercially exploited aquatic species. It falls into FAO's lowest productivity category of the most vulnerable species: those with an intrinsic rate of population increase of <0.14 and a generation time of >10 years (FAO 2001). Extent and rate of population declines, where known, exceed the qualifying levels for listing in Appendix II.

2.5   An Appendix II listing is proposed for *Lamna nasus* in accordance with Article II.2 (a) and (b) of the Convention and Res.Conf. 9.24 (Rev. CoP14). Atlantic stock assessments describe marked historic and recent declines. Exploitation of stocks in other oceans of the Southern Hemisphere is largely unmanaged and unlikely to be sustainable.

2.6   An Appendix II listing for *Lamna nasus* will ensure that international trade be supplied by sustainably managed, accurately recorded fisheries that are not detrimental to the status of the wild populations that they exploit. This can be achieved if non-detriment findings require that an effective sustainable fisheries management programme be in place and implemented before export permits are issued, and by using other CITES measures for the regulation and monitoring of international trade. Trade controls will complement and reinforce traditional fisheries management measures, thus also contributing to implementation of the UN FAO IPOA–Sharks.

## 3.   Species characteristics

### 3.1   Distribution

In the Southern Hemisphere, in a circumglobal band of ~30–60°S; in the North Atlantic Ocean, between 30–70°N (Compagno 2001, Figure 2). There are separate stocks in the Northeast and Northwest Atlantic, and in the Southeast and Southwest Atlantic. The latter two stocks extend into the Southwest Indian Ocean and Southeast Pacific, respectively. Annex 3 lists Range States and FAO Fisheries Areas (Figure 3).

### 3.2   Habitat

Epipelagic in boreal and temperate seas of 2–18°C, but preferring 5–10°C in the Northwest Atlantic (Campana and Joyce 2004, Svetlov 1978), from the surface to depths of 200m, occasionally to 350–700m. Most commonly reported on continental shelves and slopes from close inshore (especially in summer), to far offshore (where they are often associated with submerged banks and reefs). They also occur in the high seas outside 200 mile EEZs (Campana and Gibson 2008), where they are less abundant. Stocks segregate (at least in some regions) by age, reproductive stage and sex and undertake seasonal migrations within their stock area. (Campana *et al.* 1999, 2001, Campana and Joyce 2004, Compagno 2001, Jensen *et al.* 2002.)

003589

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 46 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

### 3.3    Biological characteristics

*Lamna nasus* is active, warm-blooded, relatively slow growing and late maturing, long-lived, and bears only small numbers of young. It falls into FAO's lowest productivity category of most vulnerable aquatic species. Life history characteristics vary between stocks and are summarised in Table 2. Northeast Atlantic sharks are slightly slower growing than the Northwestern stock. Both northern stocks are much larger, faster growing and have a shorter life span than the smaller, longer-lived (~65 years old) Southern Oceans Porbeagles, which are even more vulnerable to overfishing than are North Atlantic stocks.

### 3.4    Morphological characteristics

Heavy cylindrical body, conical head and crescent-shaped tail (Figure 1). First dorsal fin has a distinctive white patch on the lower trailing edge.

### 3.5    Role of the species in its ecosystem

An apex predator, feeding on fishes, squid and some small sharks, but not on marine mammals (Compagno 2001, Joyce *et al*. 2002). It has few predators other than humans, but Orcas and White Sharks may take it (Compagno 2001). DFO Canada (2006) could not demonstrate an ecosystem role at present low levels. Stevens *et al*. (2000) warn that the removal of top marine predators may have a disproportionate and counter-intuitive impact on fish population dynamics, including by causing decreases in some prey species.

### 4.    <u>Status and trends</u>

### 4.1    Habitat trends

Critical habitats and threats to these habitats are largely unknown, although some North Atlantic mating grounds have been identified. High levels of ecosystem contaminants (PCBs, organo-chlorines and heavy metals) that bio-accumulate and are bio-magnified at high trophic levels are associated with infertility in sharks (Stevens *et al*. 2005), but their impacts on *L. nasus* is unknown. Effects of climatic changes on world ocean temperatures, pH and related biomass production could potentially impact populations.

### 4.2    Population size

Effective population size (as defined in Resolution Conf. 9.24 (Rev. CoP14) Annex 5), is best defined by the number of mature females in the population, particularly in heavily fished stocks dominated by immatures or males[2]. The only stock for which population size data are available is in the Northwest Atlantic. Recent stock assessments (DFO 2005a, Campana and Gibson 2008, ICCAT/ICES 2009, Figure 13) estimated the total population size for this stock as 188,000–195,000 sharks (22–27% of original numbers prior to the fishery starting; possibly 800,000 to 900,000 individuals) but only 9,000–13,000 female spawners (12–16% of their original abundance and 83–103% of abundance in 2001). Stock size elsewhere is unknown.

### 4.3    Population structure

Genetic studies identified two isolated populations, in the North Atlantic and the Southern oceans (Pade *et al*. 2006). Tagging studies in the Atlantic support two distinct Northwest and Northeast Atlantic stocks. Long distance movements occur within each stock, with fish tagged off the UK recaptured off Spain, Denmark and Norway, travelling up to 2,370km. Only one tagged shark crossed the Atlantic (Ireland to eastern Canada, 4,260km) (Campana *et al*. 1999, Kohler & Turner 2001, Kohler *et al*. 2002, Stevens 1976 & 1990). Porbeagles tagged in Canadian waters move onto the high seas for unknown periods of time (Campana and Gibson 2008). Stock boundaries in the Southern Hemisphere are unclear. The Southwest and Southeast Atlantic stocks appear to extend into the adjacent Pacific and Indian Oceans. The structure of exploited populations is highly unnatural, with very few large mature females present. This results in an extremely low reproductive capacity in heavily fished, depleted stocks (e.g. Campana *et al*. 2001).

---

[2] It is noted that this aspect of the FAO guidance for evaluating commercially aquatic species for listing in CITES (FAO 2001) is highly relevant.

003590

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 47 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

#### 4.4   Population trends

> **Stock assessments undertaken in 2009 and described below have provided important new information on declines in northern and southern hemisphere porbeagle stocks, not available in 2007. Original documents should be consulted to obtain information on assessment methodology.**

Population trends, summarised in Table 1, are presented in the context of Annex 5 of Conf. 9.24 (Rev. CoP14) and FAO (2001). The estimated generation time for *L. nasus* is at least 18 years in the North Atlantic, and 26 years in the Southern Oceans (Table 2). The three-generation period against which recent declines should be assessed is 54 to 78 years, greater than the historic baseline for most stocks. Trends in mature females (effective population size [2] ) must be considered where possible. Stock assessments usually show a correlation between declines in landings, declining catch per unit effort (CPUE), and reduced biomass. Where no stock assessments are available, CPUE, mean size and landings are used as possible metrics of population trends.

#### Table 1. Summary of population and catch trend data

| Year | Location | Data used | Trend | Source |
|------|----------|-----------|-------|--------|
| 1936–2007 | NE Atlantic | Norwegian fishery | >99 % decline from baseline | Norwegian and ICES data (Figure 7) |
| 1973–2007 | NE Atlantic | Norwegian fishery | 96% decline | Norwegian and ICES data (Figure 7) |
| 1954–2007 | NE Atlantic | Danish fishery | 99% decline from baseline | ICES data (Figure 8) |
| 1973–2007 | NE Atlantic | Danish fishery | 90% decline | ICES data (Figure 8) |
| 1973–2007 | NE Atlantic | Faroese fishery | Decline & closure | ICES data (Figure 9) |
| 1936–2007 | NE Atlantic | All target catches | 80% decline since post-WWII peak | Norwegian, French & ICES data |
| 1926–2008 | NE Atlantic | Stock assessment | 94% decline in biomass, 93% in numbers from baseline | Surplus production age-structured model ICCAT/ICES 2009 (Figure 11) |
| 1972–2008 | NE Atlantic | Stock assessment | 60% decline in biomass, 59% decline in numbers | Surplus production age-structured model ICCAT/ICES 2009 (Figure 11) |
| Various, 1800–2006 | Mediterranean | Abundance & biomass of lamnids | >99% decline in tuna traps over 50–100 years | Ferretti *et al.* 2008 |
| 1963–1970 | NW Atlantic | Norwegian & Faroese landings | ~90% decline in catch and collapse of fishery | Landings data (Figure 12) |
| 1961–2005 | NW Atlantic | Stock assessment | 73–78% decline from baseline biomass | Campana & Gibson 2008, ICCAT/ICES 2009 |
| 1961–2005 | NW Atlantic | Stock assessment | 84–88% decline in mature females | Campana & Gibson 2008, ICCAT/ICES 2009 |
| 1994–2003 | North Atlantic | Catches | Decline, 1000 to near zero/year | Matsunaga and Nakano 2005 |
| 1993–2003 | North Atlantic | CPUE | Decline with slope -0.6 | Matsunaga and Nakano 2002 |
| 1961–2008 | SW Atlantic | Stock assessment | 82% decline in biomass (SSB) | ICCAT/ICES 2009 (Figure 19) |
| 1982–2008 | SW Atlantic | Stock assessment | 60% decline in biomass (SSB) | ICCAT/ICES 2009 (Figure 19) |
| 1992–2002 | SW Pacific | Longline CPUE | >50–80% decline in 10 yrs | NZ Ministry of Fisheries 2008 (Figure 17) |
| 1998–2005 | SW Pacific | Weight landed | 75% decline | NZ Ministry of Fisheries 2008  (Figure 16) |

A 'marked historical extent of decline' is a percentage decline to 5%–30% of the baseline, depending upon the productivity of the species [30% for Porbeagle]. A 'marked recent rate of decline' is a percentage decline of 50% per cent or more within the last 10 years or three generations, whichever is the longer

The IUCN Red List status assessment for Porbeagle is **Vulnerable** globally, **Critically Endangered** in the Northeast Atlantic and the Mediterranean (past, ongoing and estimated future reductions in population size exceeding 90%), **Endangered** in the Northwest Atlantic (estimated reductions exceeding 70% that have now ceased through management, and **Near Threatened** in the Southern Ocean (Stevens *et al.* 2005).

The North Atlantic is the major reported source of world catches, with detailed long-term fisheries trend data recorded. Landings here have exhibited marked declining trends over the past 60–70 years (see below) during a period of rising fishing effort and market demand for this valuable species and improved fisheries technology. Fewer Southern Ocean data are available, but these also show declines. FAO Porbeagle catch data (Figure 4) are generally lower than that from other sources (national landings, ICES data *etc.*). Under-reporting is widespread, 'grossly' so in the South Atlantic (ICES/ICCAT 2009). Landings from the NAFO Regulatory Area reported to NAFO "seldom resembled those reported to ICCAT... 2005–2006 catches by countries other than Canada are in doubt and probably under reported" (Campana and Gibson 2008).

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 48 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

Stock assessments available for the Atlantic (ICCAT/ICES 2009) illustrate the correlation between steep declines in landings and catch per unit effort (CPUE) and declining biomass. CPUE and landings are therefore used as indicators of population trends for this valuable commercial species in unmanaged fisheries elsewhere, while recognizing that other factors may also affect catchability.

### 4.4.1  North Atlantic and Mediterranean

Fisheries continue to target seriously depleted shelf stocks in the Northeast and Northwest Atlantic (see Table 1). High seas Tuna and Swordfish longline fisheries also exploit these stocks (as target or retained bycatch) in the NAFO and ICCAT regulatory areas, where shark catch is unregulated.

#### Northeast Atlantic

**The Northeast Atlantic stock assessment estimated a decline from baseline of over 90%, to far below the maximum sustainable yield (MSY), at 6% of biomass and 7% of numbers (ICCAT/ICES 2009, Fig. 11).**

*Lamna nasus* has been fished by many European countries, principally Denmark, France, Norway, Faroes and Spain (Figures 5–9). Norway's target *L. nasus* longline fishery began in the 1920s and first peaked at 3,884t in 1933. About 6,000t were landed in 1947, when the fishery reopened after the Second World War, followed by a decline to between 1,200–1,900t from 1953–1960. The collapse of this fishery led to the redirection of fishing effort by Norwegian, Faroese and Danish longline shark fishing vessels into the Northwest Atlantic (see below). Norwegian landings from the Northeast Atlantic subsequently decreased to a mean for the past decade of 20t (Figure 7). Average Danish landings (Figure 8) fell from over 1500t in the early 1950s to a mean of ~50t. (DFO 2001a, Gauld 1989, ICES and Norwegian data.)

Reported landings from the historically most important fisheries, around the UK and in the North Sea and adjacent inshore waters (ICES areas III & IV) have decreased to very low levels during the past 30–40 years. Catches from offshore ICES sub-regions west of Portugal (IX), west of the Bay of Biscay (VIII) and around the Azores (X) have increased since 1989 (Figure 6). This is attributed to a decline in heavily fished and depleted inshore populations and redirection of effort to previously lightly exploited offshore areas.

French longliners have targeted *L. nasus* since the 1970s in the Celtic Sea and Bay of Biscay. The fleet has declined from eleven vessels in 1994 to five in 2008. Mean CPUE fell from 1 to 0.73 kg per hook; from 3t/vessel in 1994, to less than 1t in 2005 (ICES WGEF 2008, Biseau 2006). Reported landings fell from over 1,092t in 1979 to 3–400t in the late 1990s to present. Spanish longliners took *L. nasus* opportunistically in the 1970s and since 1998, as bycatch from the longline swordfish fishery in the Mediterranean and Atlantic and from a target Blue Shark fishery that also catches Mako and Porbeagle (Biseau 2006, Bonfil 1994, Mejuto 1985, Mejuto and Garcés 1984, Lallemand-Lemoine 1991). ICCAT/ICES (2009) undertook the first assessment of this stock (Figures 10 and 11), concluding that biomass and numbers have declined 94% and 93%, respectively, from baseline, and by more than 50% from the level in 1972, to well below MSY.

#### Mediterranean Sea

*Lamna nasus* has virtually disappeared from Mediterranean records. Ferretti *et al.* (2008) reviewed historic data from fisher logbooks, reporting declines in tuna traps of >99.99% during a range of time series (135 to 56 years). FAO Fishstat (2009) records very small landings since the 1970s by Malta, in recent years also Spain. In the North Tyrrhenian and Ligurian Sea, Serena and Vacchi (1997) reported only 15 specimens of *L. nasus* during a few decades of observation. Soldo and Jardas (2002) reported only nine records in the Eastern Adriatic from the end of 19th century until 2000. Since then there have been only a few new records (A. Soldo unpublished data). Newborn and juvenile *L. nasus* have been reported in the Western Ligurian and central Adriatic Seas (Orsi Relini and Garibaldi 2002, Marconi and De Maddalena 2001). No *L. nasus* were caught during research into western Mediterranean swordfish longline fishery bycatch (De La Serna *et al.* 2002). Only 15 specimens were caught during research conducted in 1998–1999 on bycatch in large pelagic fisheries (mainly driftnets) in the southern Adriatic and Ionian Sea (Megalofonou *et al.* 2000).

#### Northwest Atlantic

**Detailed stock assessments and recovery projections are available (DFO 2005; Gibson and Campana 2005; Campana and Gibson 2008; updated by ICCAT/ICES 2009). Spawning stock biomass (SSB) is currently estimated to be about 22–27% of its size in 1961. The estimated number of mature females in 2009 is in the range of 11,000 to 14,000 individuals, or 12% to 16% of its 1961 level (ICCAT/ICES 2009).**

003592

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 49 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

Targeted *Lamna nasus* fishing started in 1961, when the Norwegian and subsequently the Faeroese shark longline fleets moved from the depleted Northeast Atlantic to the coast of New England and Newfoundland. Catches increased rapidly from ~1,900t in 1961 to > 9,000t in 1964 (Figure 12). By 1965 many vessels had switched to other species or fishing grounds because of the population decline (DFO 2001a). The fishery collapsed after six years, landing less than 1,000t in 1970. It took 25 years for only very limited recovery to take place. Norwegian and Faroese fleets have been excluded from Canadian waters since 1993. Canadian and US authorities reported all landings after 1995.

Three offshore and several inshore Canadian vessels entered the targeted Northwest Atlantic fishery in the 1990s. Catches of 1,000–2,000 t/year reduced population levels to a new low in under ten years: the average size of sharks and catch rates were the smallest on record in 1999 and 2000, catch rates of mature sharks in 2000 were 10% of those in 1992, and biomass estimated as 11–17% of virgin biomass and fully recruited F as 0.26 (DFO 2001a). The annual catch quota was reduced for 2002–2007 to allow population growth (DFO 2001a, 2001b) and reduced again in 2006. Landings have since ranged from 139t to 229t. Total population numbers have remained relatively stable since 2002, although female spawners may have continued to decline slightly. ICCAT/ICES (2009) estimate that spawning stock biomass (SSB) is now about 95–103% of its size in 2001 and the number of mature females 83% to 103% of the 2001 value (Figure 13), or 12 - 16 % if baseline.

Stock assessments have determined that recovery is possible, but sensitive to human-induced mortality. The trajectory is extremely low (from decades to over 100 years). Human-induced mortality of ~2 to 4% of the vulnerable biomass of 4,500t to 4,800t (equivalent to catching 185–192t in 2005) should allow recovery to 20% of virgin biomass ($SSN_{20\%}$) in 10–30 years. Recovery to maximum sustainable yield ($SSN_{msy}$) would take much longer: between 2030 and 2060 with no human-induced mortality, or into the 22nd century (or later) with an incidental harm rate of 4%. At an incidental harm rate of 7% of the vulnerable biomass, corresponding to a catch of 315t, the population will not recover to $SSN_{msy}$ (Figures 14 and 15). Campana and Gibson (2008) warned that a high seas fishery exploiting this stock jeopardizes Canada's fisheries management and recovery plan – the population would crash at these exploitation rates.

In addition to the Canadian quota of 185t, in 1999 a quota of 92t was set in the US EEZ, which is presumed to share the same stock. The TAC for all US fisheries was reduced to 11t, including a commercial quota of 1.7t, in 2008. Taiwanese, Korean and Japanese tuna longliners take a largely unknown bycatch of *L. nasus* on the high seas in the North Atlantic (ICES 2005). Most of the catch is reportedly discarded or landed at ports near the fishing grounds. Stocks and catches are "under investigation" (Fishery Agency of Japan 2004). Campana and Gibson (2008) note that the unreported Porbeagle bycatch observed on Japanese vessels could have amounted to ~200t in 2000 and 2001. Spanish catches are usually also unreported. These levels of combined Northwest Atlantic landings will prevent stock recovery.

### 4.4.2   Southern Hemisphere

**Observer data from the Uruguayan tuna and swordfish fleet were used to assess the status of the Southwest Atlantic stock. The assessment identified an 82% decline in biomass (SSB) since 1961, and 60% since 1982, to well below maximum sustainable level ($B_{MSY}$) (Figure 19, ICCAT/ICES 2009), mirroring the decline in CPUE (Figure 18). This stock probably extends into the Southeast Pacific. Data were not available to support an assessment of the Southeast Atlantic/Southwest Indian Ocean stock.**

Although Porbeagle landings from the Southern Hemisphere are only reported to FAO by New Zealand, NZ catch data for the Pacific southwest, primarily bycatch in tuna longlines, but also trawl and bottom longline catches, sometimes exceed FAO's total Southern Ocean catch records (FAO Fishstat 2008). New Zealand commercial catch, discard and processing records are illustrated in Figure 16. Volumes processed are sometimes higher than reported catches. Estimates of tuna longline bycatch are not available for all years and are imprecise because of low observer coverage. Approximately 60% of longline bycatch is alive when retrieved. Survival of unprocessed discarded sharks is unknown. About 80% of the bycatch is processed, 80% of this is finned, 20% processed for the meat and fins (MFSC 2008). There has been a 75% decline in the total weight of *L. nasus* reported since 1998–99, to a low of 55 t in 2005-06. This decline began during a period of rapidly increasing domestic fishing effort in the tuna longline fishery, and has accelerated since tuna longline effort dropped during the last two years. Unstandardised catch per unit effort recorded by observers from 1992–93 to 2004–05 varies considerably, but has been extremely low in recent years (Figure 17). This may not reflect stock abundance

because of low observer coverage and other potential sources of variation (e.g., vessel, gear, location and season).

Japanese tuna longline vessels take an unknown quantity of bycatch of *L. nasus* in the Southern Bluefin Tuna fishing grounds. Standardised CPUE has varied from 1992 to 2002 but recent stock trends were deemed to be stable. Current stock levels are under investigation. Most of the catch is reportedly discarded or landed at ports near the fishing grounds (Fishery Agency of Japan 2004). Matsumoto (2005, cited in FAO 2007) reports a decline in annual landings to around 40% of original levels between 1997 and 2003, following an increase from very low levels during 1989–1995.

### 4.5 Geographic trends

This species now appears to be scarce, if not absent, in areas of the Mediterranean where it was formerly commonly reported (Ferretti *et al*. 2008, Stevens et al. 2006).

### 5. Threats

The principal threat to *L. nasus* worldwide is over-exploitation, in target and bycatch fisheries. FAO FishStat (2009) reports the highest Porbeagle catches in 2007 from France (356t), Spain (228t), Canada (94t) and New Zealand (52t), but ICCAT/ICES (2009) notes that reported landings “grossly underestimate actual landings”. Canadian catch data indicates that Porbeagle landings have been progressively decreasing, from a peak of 1400 t in 1995 to 92t in 2007, corresponding with decreasing TAC levels (Campana and Gibson 2008, Figure 20), but other fisheries are also declining, in the absence of management. Global reported Porbeagle landings from bycatch and directed fisheries have decreased from 2 700t in 1999 to 887t in 2007 (FAO Fishstat 2008), although these are under-reported. This species is particularly vulnerable to fisheries because these target adults and juveniles of all age classes (Ministry of Fisheries 2006, Francis *et al*. 2007). The life history characteristics of Southern Ocean Porbeagles make this population significantly more vulnerable to overfishing than the depleted North Atlantic populations.

### 5.1 Directed fisheries

Intensive directed fishing for the valuable meat of *L. nasus* was the major cause of 20th Century population declines. ICES (2005) noted: “The directed fishery for Porbeagle [in the Northeast Atlantic] stopped in the late 1970s due to very low catch rates. Sporadic small fisheries have occurred since that time. The high market value of this species means that a directed fishery would develop again if abundance increased.” Target fisheries for the meat of *L. nasus* still operate in Canada and France, and short term opportunistic target fisheries occur in other States as and when aggregations are located. **The ICCAT/ICES specialist meetings (2009) recommended that high seas fisheries should not target porbeagle.**
*L. nasus* is also an important target game fish species for recreational fishing in Ireland and UK. The recreational fishery in Canada and the US is very small (FAO FIGIS undated, DFO 2001b).

### 5.2 Incidental fisheries

*Lamna nasus* is a valuable utilised ‘bycatch’ or secondary target of many fisheries, particularly longline pelagic fisheries for tuna and swordfish (Buencuerpo *et al*. 1998), but also gill nets, driftnets, trawls and handlines. Bycatch is often inadequately recorded in comparison with captures in target fisheries. The high value of Porbeagle meat means that the whole carcass is usually retained and utilised, unless the hold space of vessels targeting high seas tuna and billfish is limited, when the fins alone may be retained (e.g. New Zealand and far seas longline fisheries for Southern Bluefin Tuna, and other pelagic fishing fleets operating in the Southern Hemisphere,see Compagno 2001). ICES (2005) noted: “effort has increased in recent years in pelagic longline fisheries for Bluefin Tuna (Japan, Republic of Korea and Taiwan Province of China) in the North East Atlantic. These fisheries may take Porbeagle as a bycatch. This fishery is likely to be efficient at catching considerable quantities of this species.” This was confirmed by Campana and Gibson (2008). ICCAT/ICES (2009) warned that increased effort on the high seas could compromise stock recovery efforts.

Despite the large amount of fishing activity that must capture *L. nasus* in the Southern Hemisphere, only New Zealand reports landings to FAO (but total FAO landings data are sometimes lower than New Zealand's published data). Important but largely unreported bycatch fisheries include demersal longlining and trawling for Patagonian Toothfish and Mackerel Icefish around Heard and Macdonald Islands and in the southern Indian

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 51 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

Ocean (van Wijk and Williams 2003, Compagno 2001) and by the Argentinean fleet (Victoria Lichtstein, CITES Management Authority of Argentina, *in litt*. to TRAFFIC Europe, 27 October 2003); longline swordfish and tuna fisheries in international waters off the Atlantic coast of South America (Domingo 2000, Domingo *et al*. 2001, Hazin *et al*. 2008); the artisanal and industrial longline swordfish fishery within and outside the Chilean EEZ, between 26–36ºS (E. Acuña unpublished data; Acuña *et al*. 2002), and the Japanese tuna fishery in Australian waters, where Porbeagle was the second most abundant species after Blue Shark and comprised 5.5% of shark catches (Stevens and Wayte 2008). Overall catches of *Lamna nasus* by Argentina was 30,1 - 17,7 - 19,8 - 69,7 t between 2003 and 2006 (source: INIDEP 2009)

## 6.   Utilisation and trade

Lack of species-specific landings and trade data make it impossible to assess the proportions of global catches that supply national demand and enter international trade. Products include fresh, frozen and dried-salted meat for human consumption, oil and fishmeal for fertilizer, and fins for soup (Compagno 2001). The high commercial value of the species has been documented through market surveys (Fleming and Papageorgiou 1997, Rose 1996, unpublished TRAFFIC Europe 2003 market surveys). Findings indicate that the demand for fresh, frozen or processed *L. nasus* meat, as well as fins, is sufficiently high to justify the existence of an international market. Despite the high value of its meat, and unlike other high-priced fish such as Swordfish, Bluefin Tuna and Spiny Dogfish, trade in *L. nasus* is not documented at the species level. This makes it difficult to compare trade and landings data and assess the importance and scale of its utilisation worldwide. The species is also utilised for sports fishing in Ireland, US and UK (FAO FIGIS undated). Catches are either retained for meat and/or trophies, or tagged and released (DFO 2001). Low levels of *L. nasus* are also taken by game fishers off New Zealand South Island, but estimates of the recreational harvest is unavailable and probably negligible since *L. nasus* usually occur over the outer continental shelf or beyond (MFSC 2008).

### 6.1    National utilisation

*L. nasus* was one of the most valuable (by weight) marine species landed in Scotland in the 1980s (Gauld 1989). In 1997 and 1998 *L. nasus* meat was auctioned in southwest England at EUR 5–7/kg, about four times the wholesale price of Blue shark (EUR 1.5/kg) (Vas and Thorpe 1998). In Newlyn fishing harbour (South England), the retail price for fresh *L. nasus* shark loin was about EUR 25/kg (TRAFFIC Europe market survey, November 2003). In Germany it is offered as meat of *Kalbsfisch* or *See-Stör*. Porbeagle is considered to be of similar quality to swordfish meat and has been marketed as swordfish in Italy (Vannucinni 1999). In 2009, the retail price for fresh L. nasus shark loin was on average around EUR 16/kg (TRAFFIC market survey, 2009). Anecdotal reports from the German market suggest that availability has decreased significantly in recent years (R. Melisch, TRAFFIC,*in litt.* May 2006).

Porbeagle may also be utilised nationally in some range States for liver oil, cartilage and skin (Vannuccini 1999). Low-value parts of the carcass may be processed into fishmeal. There is limited utilisation of jaws and teeth as marine curios. No significant national use of *L. nasus* parts and derivatives has been reported, partly perhaps because records at species level are not readily available, and partly because quantities landed are now so small, particularly in comparison with other shark species.

### 6.2    Legal trade

There is a considerable market for these products within the European Union (EU), with EU Member States taking 60% of global reported Porbeagle catch in 2006 and 75% in 2007 (prior to establishment of a TAC), according to (seriously incomplete) data reported to FAO. International trade in *Lamna nasus* products is unregulated, and all is therefore legal. While there is very little recent information available, earlier studies reported that Canada exports *L. nasus* meat to the US and the EU, Japan exports to the EU, and EU Member States export *L. nasus* to the US, where it is mainly consumed in restaurants (Vannuccini 1999, S. Campana *in litt*. to IUCN Shark Specialist Group 2006). *L. nasus* is also imported by Japan (Sonu 1998). However, these commercial transactions could not be quantified nor their economic value estimated, because of the lack of any Customs code for *L. nasus* products in the Customs Harmonised System (HS). In most cases, it is grouped with other shark products under a general code, HS 0303 7500, which does not allow for estimation of trade at species level. In the Combined Nomenclature (CN) of the EU, codes such as 0302 65 90–Fresh or chilled shark (excl. dogfish of the species '*Squalus acanthias*' and '*Scyliorhinus* spp.), 0303 75 90–Frozen sharks (excl. dogfish) and 0304 20 69–Frozen fillets of sharks (excl. dogfish), cannot be used to estimate trade in *L. nasus*

003595

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 52 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

because they combine products of a variety of shark species and would therefore lead to incorrect conclusions. In Australia, data on exports of *L. nasus* to the US are grouped with Mako Sharks (Ian Cresswell, CITES Management Authority of Australia, *in litt*. to BMU, February 2004). Until targeted Customs control and monitoring systems or compulsory reporting mechanisms to FAO are established, data on international trade in *L. nasus* products will not be available. Currently, the scale and value of global consumption of the species cannot be assessed.

**6.3    Parts and derivatives in trade**

6.3.1   <u>Meat</u>: This is a very high value product, one of the most palatable and valuable of shark species, and is traded in fresh and frozen form (see sections 6.1 and 6.2).

6.3.2   <u>Fins</u>: Porbeagle appears in the list of preferred species for fins in Indonesia (along with Guitarfish, Tiger, Mako, Sawfish, Sandbar, Bull, Hammerhead, Blacktip, Thresher and Blue Shark, seeVannuccini 1999), but was reported to be relatively low value by McCoy and Ishihara (1999, quoting Fong and Anderson 1998). The large size of *L. nasus* fins nonetheless means that these are a relatively high value product. They have been identified in the fin trade in Hong Kong and are one of six species (including Makos, Blue, Dusky and Silky Sharks) frequently used in the global fin market (Shivji *et al*. 2002). New Zealand has established conversion factors for *L. nasus* for wet fin (45) and dried fin (108) (equivalent to a weight ratio of 2.2% and 0.9% respectively) in order to monitor quota and establish the size of former catches by scaling up reported landings (Ministry of Fisheries, 2005). The wet fin weight ratio from the Canadian fishery is 1.8–2.8% (S. Campana pers. comm., DFO).

6.3.3   <u>Others</u>: Porbeagle hides can be processed into leather, and liver oil extracted (Vannuccini 1999, Fischer *et al*. 1987), but trade records are not kept. Cartilage is probably also processed and traded. Other shark parts are used in the production of fishmeal, which is probably not a significant product from *L. nasus* fisheries because of the high value of the species' meat (Vannuccini 1999).

**6.4    Illegal trade**

No legislation has been adopted by range States or trading nations to regulate national or international trade in *Lamna nasus*; no trade transaction or transhipment is illegal.

**6.5    Actual or potential trade impacts**

The unsustainable *L. nasus* fisheries described above have been driven by the high value of the meat in national and international markets. Trade has therefore been the driving force behind the depletion of populations in the North Atlantic and may potentially also threaten Southern Hemisphere populations. Southern populations are of particular concern because they are intrinsically even more vulnerable to over-exploitation in fisheries than are the depleted northern stocks.

**7.    <u>Legal instruments</u>**

**7.1    National**

Sweden legally protects Porbeagle. The Committee on the Status of Endangered Wildlife in Canada (COSEWIC) designated *L. nasus* as Endangered in 2004 (COSEWIC 2004). The Federal Government of Canada declined to list the species under Schedule 1 of Canada's Species at Risk Act (SARA) because recovery measures were already being implemented.

**7.2    International**

 'Family Isurida' (now Lamnidae, including *L. nasus*) is listed in Annex 1 (Highly Migratory Species) of the UN Convention on the Law of the Sea (UNCLOS). The UN Agreement on Straddling Fish Stocks and Highly Migratory Fish Stocks, in force since 2001, establishes rules and conservation measures for high seas fisheries resources. It directs States to pursue co-operation in relation to listed species through appropriate sub-regional fisheries management organisations or arrangements, but there has not yet been any progress with implementation of oceanic shark fisheries management.

003596

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 53 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

*Lamna nasus* is listed in Annex III, 'Species whose exploitation is regulated' of the Barcelona Convention Protocol concerning specially protected areas and biological diversity in the Mediterranean. This population was also added in 1997 to Appendix III of the Bern Convention (the Convention on the Conservation of European Wildlife and Natural Habitats) as a species whose exploitation must be regulated in order to keep its population out of danger. No management action has yet followed these listings.

*L. nasus* is included in Appendix II of the Convention on the Conservation of Migratory Species (CMS). CMS is currently developing an instrument for the conservation of migratory sharks, which may in due course stimulate conservation actions for the species.

*L. nasus* is included in the OSPAR Convention for the Protection of the Marine Environment of the North-east Atlantic list of Threatened and/or Declining Species and Habitats. This list, developed under Annex V on the Protection and Conservation of the Ecosystems and Biological Diversity of the OSPAR Maritime Area, identifies species and habitats in need of protection or conservation. Proposals for actions, measures and monitoring that should be undertaken for this species will be considered in late 2009.

## 8.   **Species management**

### 8.1   **Management measures**

The International Plan of Action (IPOA) for the Conservation and Management of Sharks urges all States with shark fisheries to implement conservation and management plans, but is voluntary and fewer than 20 States have produced Shark Assessment Reports or Shark Plans. Many RFMOs have adopted shark finning bans. Some RFOs have recently adopted shark resolutions to support improved recording or management of pelagic sharks taken as bycatch in the fisheries they manage, but no science-based catch limits. The management of southern porbeagle stocks will require close coordination between RFMOs for Atlantic, Pacific and Indian Ocean waters.

ICCAT requires Parties since 2007 to reduce the mortality of Porbeagle Sharks in directed Atlantic fisheries where a peer-reviewed stock assessment is not available. Also in 2007, the US proposed a prohibition on retention of Porbeagles through the Northwest Atlantic Fisheries Organisation (NAFO), which was withdrawn due to lack of support. In 2008 the NAFO Scientific Council was warned that overfishing in the high seas NAFO Regulatory Area was undermining Canada's management for Porbeagles and would lead to population crash (Campana and Gibson 2008). NAFO Parties at the 2008 annual meeting decided that pelagic shark management was the remit of the International Commission for the Conservation of Atlantic Tunas (ICCAT, the pelagic fishery management body), and urged ICCAT to take action for Porbeagles at their annual meeting. ICCAT's 2008 annual meeting did not set fishing limits on Porbeagles, but a policy meeting will consider management measures after the ICCAT/ICES stock assessment meeting in June 2009.

In the Northeast Atlantic, the conservation and management of sharks in EU waters falls under the European Common Fishery Policy (CFP), which manages fish stocks through a system of Total Allowable Catch (TAC or annual catch quotas) and reduction of fishing capacity. The EU *L. nasus* fishery entered TAC management in 2008. The initial restrictive quota was reduced by 25% in 2009 and a maximum landing size (210 cm fork length) introduced to protect large females. EC Regulation 1185/2003 prohibits the removal of shark fins and subsequent discarding of the body by EC vessels in all waters and non-EC vessels in Community waters. The European Community Action Plan for the Conservation and Management of Sharks (CPOA, EU COM(2009) 40 final), presented by the European Commission in 2009, sets out to rebuild depleted shark stocks fished by the Community fleet within and outside Community Waters, including through the establishment of catch limits for shark stocks in conformity with advice provided by ICES and relevant RFMOs, release of live unwanted bycatch, increased selectivity of fishing gear, establishment of bycatch reduction programmes for Critically Endangered and Endangered shark species, and international cooperation in CMS and CITES with a view to controlling shark fishing and trading. The CPOA's Shark Assessment Report pays particular attention to *Lamna nasus*. These measures will be implemented at Community and Member State level and the Community will seek their endorsement by all relevant RFMOs.

In the Northwest Atlantic, shark fisheries management is underway in Canadian and US waters. An annual quota of 92t was adopted in US waters in 1999, under the Highly Migratory Species Fisheries Management Plan. This was reduced in 2008 to a TAC of 11t for all US fisheries, including a commercial quota of 1.7t, leading to the closure of the fishery before the end of the year. Since 2008, US Atlantic sharks must be landed with their fins naturally attached. The 1995 Canadian fisheries management plan limits number of licenses, types of gear,

003597

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 54 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

fishing areas and seasons, prohibits finning, and restricts recreational fishing to catch-and-release only. Fisheries management plans for pelagic sharks in Atlantic Canada established non-restrictive catch guidelines of 1500t for *L. nasus* prior to 1997, followed by a provisional TAC of 1000t for the period 1997–1999, based largely on historic reported landings and the observation that recent catch rates had decreased (DFO 2001). Following analytical stock assessments (Campana *et al.* 1999, 2001), the Shark Management Plan for 2002–2007 reduced the TAC to 250t, followed by a further reduction to 185t (60t bycatch, 125t directed fishery) from 2008 (Figure 20). Population projections indicate that the population will eventually recover if harvest rates are kept under 4% (~185 mt, DFO 2005b), but unregulated and unreported catches on the high seas jeopardize recovery (Campana and Gibson 2008, Figures 14 and 15).

In 2006, the Commission for the Conservation of Antarctic Marine Living Resources (CCAMLR) adopted a moratorium on directed shark fishing until data become available to assess the impacts of fishing on sharks in the Antarctic region. The live release of sharks taken as bycatch is encouraged but not mandated (Conservation Measure 32-18; CCAMLR 2006). The Western and Central Pacific Fisheries Commission (WCPFC) will be responsible for pelagic shark management, but this is unlikely to be attempted during the early years of this Commission (Ministry of Fisheries 2006). Australia introduced legislation in 1991 preventing Japanese longliners fishing in the EEZ from landing shark fins unless accompanied by the carcass. They have not fished in the Australian EEZ since 1996. Finning is prohibited in domestic Australian tuna longliners. New Zealand has included *L. nasus* in its Quota Management System (QMS) since 2004 with an unrestrictive TAC set at 249t (Sullivan *et al.* 2005), permitting finning and discard of carcasses.

## 8.2   Population monitoring

Routine monitoring of catches, collection of reliable data on indicators of stock biomass and good knowledge of biology and ecology are required. Most States do not record shark catch, bycatch, effort and discard data at species level or undertake fishery-independent surveys, preventing stock assessments and population evaluation. High seas catches are particularly poorly monitored (e.g. Campana and Gibson 2008). Accurate trade data provide a means of confirming landings and an indication of compliance with catch levels, allow new catching and trading States to be identified, and provide information on trends in trade (Lack 2006). Trade data for Porbeagle are, however, unreported. In the absence of a CITES listing there is no reliable mechanism to track trends in catch and trade of this species.

## 8.3   Control measures

### 8.3.1   International

Other than sanitary regulations related to seafood products and measures that facilitate the collection of import duties, there are no controls or monitoring systems to regulate or assess the nature, level and characteristics of trade in *L. nasus*.

### 8.3.2   Domestic

The domestic fisheries management measures adopted by a few States described above cannot deliver sustainable harvest of *L. nasus* when stocks are exploited by several fleets. Even where catch quotas have been established, as in some North Atlantic countries, no trade measures prevent the sale or export of landings in excess of quotas. Otherwise, only the usual hygiene regulations apply to control of domestic trade and utilisation. STECF (2006) noted that although a CITES Appendix II listing alone would not be sufficient to regulate catching of Porbeagle, it could be considered an ancillary measure.

## 8.4   Captive breeding and artificial propagation

No specimens are known to be held in captivity.

## 8.5   Habitat conservation

Research in areas fished by the Canadian and French fleets has identified some important *L. nasus* habitats. Some habitat may be incidentally protected inside marine protected areas or static gear reserves.

003598

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal

## 9.   Information on Similar Species

*Lamna nasus* is one of five species in the family Lamnidae, or mackerel sharks, which also includes the White Shark *Carcharodon carcharias* and two species of Mako, genus *Isurus*. Salmon Shark *Lamna ditropis* is restricted to the North Pacific. Mako *Isurus oxyrinchus* may be misidentified as *L. nasus* in Mediterranean fisheries, although the identification of whole sharks is straightforward using existing keys.

## 10.   Consultations

All 51 range states of *Lamna nasus* have been addressed within the consultation process. Eight responses had been received by August 2009. FAO and RFMOs have also been contacted. Additional information and recommendations received during this process have been considered.

## 11.   Additional remarks

### 11.1   CITES Provisions under Article IV, paragraphs 6 and 7: *Introduction from the sea*

It is unclear whether introduction from the sea will be a significant issue for this species. Most target fisheries, even on the shelf edge, are recorded inside EEZs. Pelagic Japanese, Korean and Taiwanese vessels, however, take Porbeagle bycatch on the high seas, estimates for Japan ranging from 15t to 280t annually during 2000–2002 (DFO 2005b). A CITES Appendix II listing would require introductions from the sea to be accompanied by a non-detriment finding. They would have to be taken from a sustainably exploited high seas fishery, requiring management action by the appropriate Regional Fisheries Management Organisation.

### 11.2   Implementation issues

#### 11.2.1 Scientific Authority

It would be most appropriate for the Scientific Authority for this species to be advised by a fisheries expert.

#### 11.2.2 Identification of products in trade

It will be important to develop species-specific commodity codes and identification guides for the meat and fins of this species. *L. nasus* meat, the product most commonly traded, is one of the highest priced shark meats in trade and often identified by name. The dorsal fin (with skin on) has a characteristic white rear free edge and a generic guide to the identification of shark fins is in preparation (Deynat in prep.). Several research groups have developed species-specific primers and highly efficient multiplex PCR (Polymerase Chain Reaction) screening assay for *L. nasus*, capable of distinguishing between Southern and Northern Hemisphere stocks (e.g. Shivji *et al.* 2002; Pade *et al.* 2006; Testerman *et al.* 2007). Cost per sample processed starts from US$20–60, depending upon condition of sample, less for large numbers. Turn-around time is in the region of 2–7 days from receipt of sample, depending upon urgency. These tests are available and may be used to confirm identification and product origin for enforcement purposes.

#### 11.2.3 Non-detriment findings

CITES AC22 Doc. 17.2  provides first considerations on non-detriment findings for shark species. In 2008 further contributions have been made on practical tools for making NDFs. A document prepared by the Spanish Scientific Authority (García-Núñez 2008) reviews the management measures and fishing restrictions established by international organisations related to the conservation and sustainable use of sharks, offering some guidelines and a guide of useful resources. It also adapts to elasmobranch species the checklist prepared for making NDF by IUCN (Rosser & Haywood 2002). On a similar approach, the outcome of the Expert Workshop on Non-Detriment Findings (Anonymus 2008) points to the information considered essential for making NDF for sharks and other fish species, and also proposes logical steps to be taken when facing this task.

Management for *L. nasus* would ideally be based upon stock assessments and scientific advice to allow stock rebuilding (where necessary) and ensure sustainable fisheries (e.g. through quotas or technical measures, including closed areas, size limits and the release of live bycatch). This is standard fisheries management practice – albeit currently not widely applied for this species. Other States wishing to export *L. nasus* products would also need to develop and implement sustainable fisheries management plans if NDFs are to be declared, and would need to ensure that all States fishing the same stocks implement and enforce equally precautionary conservation and management measures.

## 12.   References (see Annex 5)

003599

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 56 of 77

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes *Lamna nasus* Appendix II listing proposal

**ANNEX 1** – TABLES AND FIGURES

(Pagination refers to the following pages, unless otherwise indicated)

**Tables**

Table 1. Summary of population and catch trend data................................................... Proposal page 4

Table 2. *Lamna nasus* life history parameters ...................................................................................... 3

**Figures**

Figure 1. Porbeagle *Lamna nasus* ...............................................................................Proposal page 1

Figure 2. Global *Lamna nasus* distribution..........................................................................................2

Figure 3. FAO fishing areas .................................................................................................................2

Figure 4. Global reported landings of *Lamna nasus* by FAO area 1950–2006.......................................4

Figure 5. Northeast Atlantic landings of *Lamna nasus* by fishing State, 1950–2006 .............................4

Figure 6. Landings of *Lamna nasus* from ICES Areas (Northeast Atlantic), 1973–2004 .......................5

Figure 7. Landings of *Lamna nasus* by Norway in the Northeast Atlantic, 1926–2006.........................5

Figure 8. Landings of *Lamna nasus* by Denmark in the Northeast Atlantic, 1954–2004 .......................6

Figure 9. Landings of *Lamna nasus* by Faroe Islands in the Northeast Atlantic, 1973–2007 ................6

Figure 10. Population trends from a BSP model of Northeast Atlantic porbeagle ..................................7

Figure 11. Depletion in total biomass and numbers from 1926 of Northeast Atlantic porbeagle ...........7

Figure 12. *Lamna nasus* landings in the Northwest Atlantic....................................................................8

Figure 13. Modelled trends in *Lamna nasus* stocks in Canadian waters, 1961–2008 ..........................8

Figure 14. Predicted stochastic recovery trajectories of Northwest Atlantic *Lamna nasus* ...................9

Figure 15. Predicted deterministic recovery trajectories of Northwest Atlantic *Lamna nasus*................9

Figure 16. New Zealand commercial landings of porbeagle sharks ...................................................10

Figure 17. Unstandardised CPUE indices for the New Zealand tuna longline fishery .........................10

Figure 18. Catch per unit effort and biomass trends for Southwest Atlantic porbeagle .......................11

Figure 19. Spawning Stock Biomass trend for Southwest Atlantic porbeagle ......................................11

Figure 20. Canadian Atlantic landings and TAC for porbeagle shark, 1995–2007 ..............................12

**ANNEX 2** – SCIENTIFIC SYNONYMS OF *LAMNA NASUS*

**ANNEX 3** – RANGE STATES AND SEA AREAS WHERE *LAMNA NASUS* HAS BEEN RECORDED

**ANNEX 4** - EU CONSIDERATIONS ON CRITERIA FOR AMENDMENT OF APPENDICES I AND II REGARDING COMMERCIALLY EXPLOITED AQUATIC SPECIES

**ANNEX 5** - REFERENCES

003600

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal August 2009



**Figure 2. Global *Lamna nasus* distribution (*Source*: FAO FIGIS 2004).**



**Figure 3. FAO fishing areas.**

**Key**: *Lamna nasus* is reported from the fishing areas underlined below.

| | |
|---|---|
| 01 - Africa-Inland Water | <u>51 - Indian Ocean, Western</u> |
| 02 - America-Inland Water | <u>57 - Indian Ocean, Eastern</u> |
| 03 - America, South-Inland Water | <u>58 - Indian Ocean, Antarctic</u> |
| 04 - Asia-Inland Water | 61 - Pacific, Northwest |
| 05 - Europe-Inland Water | 67 - Pacific, Northeast |
| 06 - Oceania-Inland Water | 71 - Pacific, Western Central |
| <u>21 - Atlantic, Northwest</u> | 77 - Pacific, Eastern Central |
| <u>27 - Atlantic, Northeast</u> | <u>81 - Pacific, Southwest</u> |
| <u>31 - Atlantic, Western Central</u> | <u>87 - Pacific, Southeast</u> |
| <u>34 - Atlantic, Eastern Central</u> | 88 - Pacific, Antarctic |
| <u>37 - Mediterranean & Black seas</u> | |
| <u>41 - Atlantic, Southwest</u> | |
| <u>47 - Atlantic, Southeast</u> | |
| <u>48 - Atlantic, Antarctic</u> | |

003601

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
*Lamna nasus* Appendix II listing proposal August 2009

003602

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
Annexes to *Lamna nasus* Appendix II listing proposal

**Table 2. *Lamna nasus* life history parameters.**

| Age at maturity (years) | female: | 13 years (North Atlantic); 15–18 years (SW Pacific) | Campana *et al.* 2008; DFO 2005; Francis *et al.* 2007 |
|---|---|---|---|
| | male: | 8 years (North Atlantic); 8–11 years (SW Pacific) | Campana *et al.* 2008; DFO 2005; Francis *et al.* 2007 |
| Size at maturity (total length cm) | female: | 195 cm (SW Pacific), 230–260 cm (North Atlantic) | Campana *et al.* 2008; Dulvy *et al.* 2008; Francis *et al.* 2007; Francis & Duffy 2005 |
| | male: | 165 cm (SW Pacific), 180–215 cm (North Atlantic) | Campana *et al.* 2008; Dulvy *et al.* 2008; Francis *et al.* 2007 |
| Maximum size (total length cm) | female: | 302, 357 cm (N Atlantic); 240 cm (SW Pacific) | Francis *et al.* 2008; DFO 2005; Dulvy *et al.* 2008 |
| | male: | 253, 295 cm (N Atlantic); 240 cm (SW Pacific) | Francis *et al.* 2008; DFO 2005; Dulvy *et al.* 2008 |
| Longevity (years) | >29–45 years (Northwest Atlantic); ~65 years (Southwest Pacific) | | Campana *et al.* 2008; DFO 2005; Francis *et al.* 2007 |
| Size at birth (cm) | 58–77 (North Atlantic), 72–82 (Southwest Pacific) | | Francis *et al.* 2008;  Dulvy *et al.* 2008 |
| Average reproductive age/ generation time | 18 years (Northwest Atlantic); 26 years (Southwest Pacific) | | Campana *et al.* 2008; DFO 2005; Francis *et al.* 2007 |
| Gestation time | 8–9 months | | |
| Reproductive periodicity | Annual | | |
| Average litter size | Four pups | | |
| Annual rate of population increase | 5–7% (unfished, North Atlantic); 2.6% (from MSY, southwestern Pacific) | | Campana *et al.* 2008; Smith *et al.* 2008 |
| Natural mortality | 0.10 (immatures), 0.15 (mature males), 0.20 (mature F) (Northwest Atlantic) | | Campana *et al.* 2001 |

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 60 of 77

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 4. Global reported landings (tonnes) of *Lamna nasus* by FAO fishing area, 1950– 2006.** (*Source*: FAO FishStat)



**Figure 5. Northeast Atlantic landings (tonnes) of *Lamna nasus* by major fishing States, 1950–2006.** (*Source*: ICES WGEF 2008.)

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 6. Landings (tonnes) of *Lamna nasus* from ICES Areas (Northeast Atlantic), 1973–2004.** (*Source*: ICES Working Group on Elasmobranch Fishes 2006)



**Figure 7. Landings (tonnes) of *Lamna nasus* by Norway in the Northeast Atlantic, 1926–2006.** (*Source*: Norwegian fisheries data & ICES WGEF)

003605

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 62 of 77

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 8. Landings (tonnes) of *Lamna nasus* by Denmark in the Northeast Atlantic, 1954–2004.**  (*Source*: ICES Working Group on Elasmobranch Fishes)



**Figure 9. Landings (tonnes) of *Lamna nasus* by Faroe Islands in the Northeast Atlantic, 1973–2007.**  (*Source*: ICES WGEF and European Commission.)

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 63 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 10. Results of a Bayesian Surplus Production model of the Northeast Atlantic porbeagle stock from 1929** (*Source:* ICCAT/ICES 2009). Left: French and Spanish catch per unit effort and fitted biomass trend. Right: biomass (B) relative to biomass at MSY ($B_{msy}$).



**Figure 11. Depletion in total biomass (upper panel) and numbers (lower panel) for a surplus production age-structured model, assuming virgin conditions in 1926, for Northeast Atlantic porbeagle** (Source: ICCAT/ICES 2009). The dots indicated on the line correspond to depletion at the beginning of the modern period (1972) and current depletion (2008).

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 64 of 77

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 12.** ***Lamna nasus*** **landings in the Northwest Atlantic, 1961–2007 (excluding unreported high seas captures).** (Stacked columns - Source: Campana and Gibson 2008)



**Figure 13. Comparison of the predicted time series for numbers of mature females (top), age-1 recruits (centre) and total number of *Lamna nasus* in Canadian waters, 1961–2008, from four porbeagle population models (all show similar trajectories).** (Source: ICCAT/ICES 2009, updating Campana and Gibson 2008)

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 14. Predicted stochastic recovery trajectories from the population viability analysis under four different exploitation scenarios.** Quantiles of population size in each year from low (bottom line = 0) to high (top line = 0.9). Time to recover at 4% exploitation rate was 30-100+yr. (Source: Campana and Gibson 2008.)



**Figure 15. Predicted deterministic recovery trajectories from each of four porbeagle population models at each of four exploitation rates in the Northwest Atlantic**. Quantiles of population size in each year from low (bottom line = 0) to high (top line = 0.9). All simulate populations recover at exploitation rates of less than about 4% (corresponding to a total catch of 185t). Time to recover at 4% exploitation rate was 30-100+yr. (Source: ICCAT/ICES 2009 updating Campana and Gibson 2008.)

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 66 of 77

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 16. New Zealand commercial landings of porbeagle sharks reported by fishers and processors (LFRR), 1989/90 to 2004/05.** (Source Ministry of Fisheries 2008.)

Substantial foreign landings up to about 1992–93 have not been quantified and are not included here. Domestic tuna longline fishing effort rose until 2002/03, but has fallen in recent years.



**Figure 17. Unstandardised CPUE indices (number of *Lamna nasus* per 1000 hooks) for the New Zealand tuna longline fishery based on observer reports.**

Years are fishing years (1993 = October 1992 to September 1993). Confidence intervals are from bootstrapped data. -■- foreign and charter fleet, southern New Zealand; -□- foreign and charter fleet, northern New Zealand; -●- domestic fleet, southern New Zealand; -○- domestic fleet, northern New Zealand. (Taken from Ministry of Fisheries (2008). Source: Griggs *et al.* 2007.)

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 67 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 18. Results of three Bayesian Surplus Production models of Southwest Atlantic porbeagle stock** (Source ICCAT/ICES 2009). Left: Uruguay catch per unit effort series and fitted biomass trend. Right: biomass (B) relative to biomass at MSY ($B_{msy}$).



**Figure 19. Depletion in spawning stock biomass for a surplus production age-structured model, assuming virgin conditions in 1961, for Southwest Atlantic porbeagle** (Source: ICCAT/ICES 2009). Dots on the line correspond to levels of depletion in 1982 and 2008.

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
Annexes to *Lamna nasus* Appendix II listing proposal



**Figure 20. Canadian Atlantic landings and TAC for porbeagle shark, 1995–2007.**

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 69 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
Annexes to *Lamna nasus* Appendix II listing proposal

**Annex 2.**

**Scientific synonyms of *Lamna nasus***

(*Source*: FAO Species Identification Sheet 2003)

- *Squalus glaucus* Gunnerus, 1768 (not S. glaucus Linnaeus, 1758 = Prionace glauca);
- *Squalus cornubicus* Gmelin, 1789;
- *Squalus pennanti* Walbaum, 1792 (alsoLamna pennanti, Desvaux, 1851);
- *Squalus monensis* Shaw, 1804;
- *Squalus cornubiensis* Pennant, 1812;
- *Squalus selanonus* Walker, in Leach, 1818;
- *Selanonius walkeri* Fleming, 1828;
- *Lamna punctata* Storer, 1839;
- *Oxyrhina daekayi* Gill, 1862;
- *Lamna philippi* Perez Canto, 1886;
- *Lamna whitleyi* Philipps, 1935.

003613

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal

## Annex 3.

## Range States and Areas where *Lamna nasus* has been recorded

(Source Compagno 2001)

Albania
Algeria
Antarctica
Argentina
Australia (New South Wales;
    Queensland; South
    Australia; Tasmania;
    Victoria; Western
Australia)
Azores Is. (Portugal)
Belgium
Bermuda
Brazil
Canada (New Brunswick;
    Newfoundland; Nova
    Scotia; Prince Edward
    Island)
Canary Islands
Cape Verde
Channel Islands (UK)
Chile
Croatia
Cyprus
Denmark

Egypt
Faeroe Islands
*Falkland/Malvinas Islands
Finland
France
France (Corse)
French Polynesia
Germany
Gibraltar
Greece (East Aegean Is.;
    Kriti)
Greenland
Iceland
Ireland
Isle of Man
Israel
Italy (Sardinia; Sicilia)
Kerguelen Is.
Lebanon
Libya
Madeira Islands (Portugal)
Malta
*Malvinas/Falkland Islands
Monaco

Morocco
Netherlands
New Zealand
Norway
Portugal
Russian Federation
Slovenia
South Africa
South Georgia and the
    South Sandwich Islands
Spain
Sweden
Syria
Tunisia
Turkey
United Kingdom (England,
    Wales, Scotland, Northern
    Ireland)
United States of America
    (Maine; Massachusetts;
    New Jersey; New York;
    Rhode Island; South
    Carolinas?)
Uruguay
Yugoslavia

**FAO Fisheries Areas**:
21, 27, 31, 34, 37, 41, 47, 48, 51, 57, 58, 81 and 87 (see Figure 3).

**Oceans**:
Northwest Atlantic: Greenland, Canada, United States, and Bermuda.

Northeast Atlantic: Iceland and western Barents Sea to Baltic, North and Mediterranean Seas, including Russia, Norway, Sweden, Denmark, Germany, Holland, United Kingdom, Ireland, France, Portugal, Spain, and Gibraltar; Mediterranean (not Black Sea); Morocco, Madeira, and Azores.

Southern Atlantic: southern Brazil and Uruguay to southern Argentina; Namibia and South Africa.

Indo-West Pacific: South-central Indian Ocean from South Africa east to between Prince Edward and Crozet Islands, between Kerguelen and St. Paul Islands, and southern Australia, New Zealand. Sub Antarctic waters off South Georgia, Marion, Prince and Kerguelen Islands.

Eastern South Pacific: southern Chile to Cape Horn.

* A dispute exists between the Governments of Argentina and the United Kingdom of Great Britain and Northern Ireland concerning sovereignty over the Falkland Islands/Islas Malvinas

Case 1:11-cv-01414-BJR  Document 34-1  Filed 05/17/13  Page 71 of 77

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal

**Annex 4**


EU CONSIDERATIONS ON using the CRITERIA FOR AMENDMENT OF
APPENDICES I AND II for COMMERCIALLY EXPLOITED AQUATIC SPECIES
with regard to *Lamna nasus*


CITES Standing Committee 58 [SC58 Sum. 7 (Rev. 1) point 43 (09/07/2009)] has asked Parties, as they prepare for CoP15, to clearly define in their listing proposals how they have interpreted and applied Resolution Conf. 9.24 (Rev. CoP14).

**Interpreting the Text of Annex 2 a with regard to *Lamna nasus***

The proponents have carefully considered the FAO's views on how CITES Parties should interpret the criteria in Resolution Conf. 9.24 (SC 58 Inf. 6), and the interpretation suggested by the CITES Secretariat (SC 58 Doc. 43). In the view of the proponents, the definition of the term "decline" given in Annex 5 of Resolution Conf. 9.24 and the Footnote "Application of decline for commercially exploited aquatic species" is clearly relevant for Criterion A of Annex 2 a, and we have interpreted it according to the guidelines and the footnote.

Criterion A of Annex 2 a states that a species should be included in Appendix II "to avoid it becoming eligible for inclusion in Appendix I in the near future". According to Article II Paragraph 1 of the Convention, it shall be included in Appendix I if it is "threatened with extinction". According to Annex 1 of Res. Conf. 9.24 (Biological criteria for Appendix I), a species is threatened with extinction if it meets or is likely to meet at least one of the criteria A, B or C, with C specifying "a marked decline in the population size in the wild [...]". This term "decline" used in Criterion C for Appendix I is then further defined in Annex 5 (Definitions, explanations and guidelines) and specified for commercially exploited aquatic species in the abovementioned footnote.

By contrast, Criterion B of Annex 2 a does not refer to Appendix I. Criterion B states that a species should be included in Appendix II "to ensure that the harvest of specimens from the wild is not reducing the wild population to a level at which its survival might be threatened by continued harvesting or other influences." Whether the Appendix I definition of "decline" is relevant for Criterion B has been subject to different interpretations. The proponents do not wish to enter into this general discussion through the present document. However, the proponents would like to underline that Criterion B represents the outcome of a rewording of the previous version of Paragraph B of Annex 2a in Res. Conf. 9.24, which reads as follows:

> *"It is known, or can be inferred or projected, that harvesting of specimens from the wild for international trade has, or may have, a detrimental impact on the species by either*
>
> *i) exceeding, over an extended period, the level that can be continued in perpetuity; or*
>
> *ii) reducing it to a population level at which its survival would be threatened by other influences."*

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 72 of 77

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal

In the criteria working group at Johannesburg (20th Animals Committee, 2004) it was recognized that Criterion B of Annex 2 a in its current version encompasses both meanings of the abovementioned original text, i.e. paragraph i) and ii).  With respect to paragraph ii) of the original criterion, decline is relevant with respect to the special case of reducing a population to a level at which depensation might occur. Paragraph i) of the original criterion is a reference to long-term unsustainable harvesting that is known or might be inferred or projected and to the detrimental impact that such harvesting has, or may have, on the species.

This represented the understanding of European Community Parties when the revised criteria were adopted, and the proponents feel that this remains a valid interpretation of this criterion.

Resolution Conf. 9.24 (Rev. CoP 14) also recognizes the importance of the application of the precautionary approach in cases of uncertainty and indicates that the definitions, explanations and guidelines provided in Annex 5 should be interpreted in a flexible manner, taking account of the specific features of each species considered. This was highlighted by the Standing Committee at its 58th meeting, and the proponents have interpreted the Resolution accordingly in their listing proposal for *Lamna nasus*.

On this basis, with regard to the relevant stocks of *Lamna nasus* referred to in the proposal, Criterion B of Res. Conf. 9.24 Annex 2a is regarded to be met because:

- This species is of high biological vulnerability, falling within FAO's lowest productivity category, and takes decades to recover from depletion, even under fisheries management;

- Exploitation in target fisheries is driven primarily by international trade demand for this species' meat, while fins enter international trade from target and bycatch fisheries;

- Stock assessments identify serious impacts of exploitation in the North Atlantic and Southwest Atlantic (possibly extending into Southeast Pacific), where populations depleted by target and bycatch fisheries qualify for listing in the CITES Appendices;

- Data are lacking on most southern hemisphere stocks, but these populations are of lower biological productivity, even more vulnerable to depletion than northern stocks, and are also exploited by fisheries;

- *Lamna nasus* is taken in high seas IUU fisheries, which undermine conservation measures adopted by coastal fishing states;

- Management of all stocks is a high priority. Regulation of international trade through CITES listing can supplement traditional management measures, thus providing a significant contribution to the conservation of this species.

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 73 of 77

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal

**Annex 5**

## References

Acuña, E., Villarroel, J.C. y Grau, R. 2002. Fauna Ictica Asociada a la Pesquería de Pez Espada (*Xiphias gladius* Linnaeus). Gayana (Concepc.), 66(2):263–267.

Anonymous, 2008. Results of the International Expert Workshop on CITES Non-Detriment Findings. Cancun, Mexico, November 17th to 22nd, 2008. http://www.conabio.gob.mx/institucion/cooperacion_internacional/TallerNDF/ Links-Documentos/WG-CS/WG8-Fishes/WG8-FR.pdf

Biseau, A. 2006. Untitled summary of french porbeagle fisheries and market data. Working Document, ICES Working Group on Elasmobranch Fishes.

Bonfil, R. 1994. Overview of world elasmobranch fisheries. *FAO Fisheries Technical Paper* No. 341 119 pp.

Buencuerpo, V., Rios, S., Moron, J. 1998. Pelagic sharks associated with the swordfish, *Xiphias gladius*, fishery in the eastern North Atlantic Ocean and the Strait of Gibraltar. *Fishery Bulletin* (96): 667–685

CCAMLR. 2006. Conservation of sharks. Conservation Measure 32-18, 2006. At www.ccamlr.org. Accessed 23 March 2009.

Campana, S., L. Marks., Joyce, W., Hurley, P., Showell, M., and Kulka, D.1999. An analytical assessment of the porbeagle shark (*Lamna nasus*) population in the northwest Atlantic. Canadian Science Advisory Secretariat. *CSAS. Res. Doc*.99/158.

Campana, S., Marks, L., Joyce, W. and Harley, S. 2001. Analytical assessment of the porbeagle (*Lamna nasus*) population in the Northwest Atlantic, with estimates of long-term sustainable yield. Canadian Science Advisory Secretariat. *CSAS Res. Doc.* 2001/067. 17 pp.

Campana, S.E. and W.N. Joyce. 2004. Temperature and depth associations of porbeagle shark (*Lamna nasus*) in the northwest Atlantic. *Fish. Oceanogr.* 13:52–64.

Campana S. and J. Gibson. 2008. Catch and Stock Status of Porbeagle Shark (*Lamna nasus*) in the Northwest Atlantic to 2007, NAFO Doc. 08/36.

Compagno, L.J.V. 2001. Sharks of the World. Volume 2. Bullhead, mackerel and carpet sharks (Heterodontiformes, Lamniformes and Orectolobiformes). An annotated and illustrated catalogue of the shark species known to date. *FAO Species Catalogue for Fisheries Purposes* (1): i–v, 1–269.

COSEWIC 2004. COSEWIC assessment and status report on the porbeagle shark *Lamna nasus* in Canada. Committee on the Status of Endangered Wildlife in Canada. Ottawa. viii + 43 pp. (www.sararegistry.gc.ca/status/status_e.cfm).

De la Serna, J.M., Valeiras,J., Ortiz, J.M., Macias D., 2002. Large Pelagic sharks as by-catch in the Mediterranean Swordfish Longline Fishery : some biological aspects. NAFO SCR Doc.02/137 Serial No. N4759.

Deynat, P. in prep. Guide de détermination des nageoires de requins. Espèces vulnérables, en danger et en danger critique de'extinction. WWF France et TRAFFIC.

DFO. 2001a. Porbeagle shark in NAFO subareas 3–6. *Scientific Stock Status Report*. B3-09. 9 pp.

DFO. 2001b. Canadian Atlantic Pelagic Shark Integrated Fishery Management Plan, 2000–2001. Pp. 1–72.

DFO, 2005a. Stock assessment report on NAFO Subareas 3–6 porbeagle shark. *CSAS Science Advisory Report* 2005/044.

003617

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 74 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
Annexes to *Lamna nasus* Appendix II listing proposal

DFO, 2005b. Recovery Assessment Report on NAFO Subareas 3–6 Porbeagle Shark. *CSAS Science Advisory Report* 2005/043.

DFO 2006. Potential Socio-economic Implications of Adding Porbeagle Shark to the List of Wildlife Species at Risk in the *Species at Risk Act* (SARA). Fisheries and Oceans Canada, Policy and Economics Branch – Maritimes Region, Dartmouth, Nova Scotia.

Domingo, A. , O. Mora y M. Cornes. 2001. Evolución de las capturas de elasmobranquios pelágicos en la pesquería de atunes de Uruguay, con énfasis en los tiburones azul (prionace glauca), moro (Isurus oxyrinchus) y porbeagle (*Lamna nasus*). Col. Vol. Sci. Pap. ICCAT 54(4): 1406–1420.

Domingo, A. 2000. Los Elasmobranquios Pelágicos Capturados por la flota de longline Uruguaya. In: M. Rey (Editor). Consideraciones Sobre la Pesca Incidental Producida por la Actividad de la Flota Atunera Dirigida a Grandes Pelágicos. "Plan De Investigación Pesquera". Inape – Pnud Uru/92/003.

FAO. 2001. Report of the second technical consultation of the CITES criteria for listing commercially exploited aquatic species. FAO Fisheries Report No. 667. FAO, Rome.

FAO. 2007. Report of the Second FAO Ad Hoc Expert Advisory Panel for the Assessment of Proposals to Amend Appendices I and II of CITES Concerning Commercially-exploited Aquatic Species, Rome, 26-30 March 2007. FAO Fisheries Report No. 833. FIMF/R833, Rome, Italy.

FAO FIGIS. undated. *Lamna nasus* Species Fact Sheet. *In*: A world overview of species of interest to fisheries. FIGIS Species Fact Sheets. SIDP -Species Identification and Data Programme. FAO–FIGIS. <http://www.fao.org/figis/servlet/species?fid=2798>, downloaded in August 2009.

FAO FishStat.2009 Global Production Fisheries Statistics. 1950–2008 data downloaded in 2009. http://www.fao.org/fishery/statistics/global-production/en

Ferretti, F. R. A. Myers, F, Serena and H. K. Lotze. 2008. Loss of Large Predatory Sharks from the Mediterranean Sea. *Conservation Biology*. doi: 10.1111/j.1523-1739.2008.00938.x.

Fischer, W., Bauchot, M.-L. and Schneider, M.-L 1987. *Fiches FAO d'identification des espèces pour les besoins de la pêche. Méditerranée et Mer Noire.* Zone de peche 37. Volume 2. Vertébrés. FAO, Rome. 761–1530.

Fishery Agency of Japan. 2008. Salmon Shark *Lamna ditropis*; Porbeagle Shark *Lamna nasus*, Pacific, Atlantic and Indian Oceans. *In*: The current status of international fishery stocks (summarised edition). Pp. 82–83. Fishery Agency, Japan.

Fishery Agency of Japan. 2004. Salmon Shark *Lamna ditropis*; Porbeagle Shark *Lamna nasus*, Pacific, Atlantic and Indian Oceans. *In*: The current status of international fishery stocks (summarised edition). Pp. 82–83. Fishery Agency, Japan.

Fleming, Elizabeth. H. and Papageorgiou, P.A. 1997. *Shark fisheries and trade in Europe*. TRAFFIC Europe. 78 pp.

Fong, Q.S.W. and J.L. Anderson (1998). Assessment of Hong Kong shark fin trade. Department of Environmental and Natural Resource Economics, University of Rhode Island, Kingston, 9 pp.

Francis, M.P., S.E. Campana, and C.M. Jones. 2007. Age under-estimation in New Zealand porbeagle sharks (*Lamna nasus*): is there an upper limit to ages that can be determined from shark vertebrae? *Marine and Freshwater Research*, 2007, 58, 10–23.

Francis, M. P., Natanson, L. J. and Campana, S. E. 2008: Porbeagle (*Lamna nasus*). In: Pikitch, E. K. and M. Camhi (Eds). *Sharks of the open ocean*. Blackwell Scientific Publications.

García Núñez, N.E. 2008. Sharks: Conservation, Fishing and International Trade. Bilingual edition. Dirección General para la Biodiversidad. Ministerio de Medio Ambiente, y Medio Rural y Marino, Madrid. 111 pp.
     http://www.cites.org/common/com/AC/24/EF24i-05.pdf

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 75 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
Annexes to *Lamna nasus* Appendix II listing proposal

Gauld, J.A. (1989). Records of porbeagles landed in Scotland, with observations on the biology, distribution and exploitation of the species. *Scottish Fisheries Research Report* 45, ISSN 0308 8022. 15 pp.

Gibson, A.J. and S. E. Campana. 2005. Status and recovery potential of porbeagle shark in the Northwest Atlantic. CSAS Res. Doc. 2005/53. 79pp.

Greig, T.W., Moore, K.M., Woodley, C.M., and Quattro, J.M. 2005. Gene sequences useful for identification of western North Atlantic shark species. *Fishery Bulletin* 103(3) 516–525.

Hazin, F., M. Broadhurst, A. Amorim, C. Arfelli and A. Domingo. 2008. Catch of pelagic sharks by subsurface longline fisheries in the South Atlantic Ocean: A review of available data with emphasis on Uruguay and Brazil In: "Sharks of the open Ocean" M. Camhi and E. Pikitch (Eds.) Blackwell Scientific, New York.

ICCAT/ICES 2009. Report of the 2009 porbeagle stock assessments meeting, (Copenhagen, Denmark, June 22 to 27, 2009). http://www.iccat.int/en/meetingscurrent.htm downloaded 14 August 2009.

ICES WGEF. 2008. Report of the Working Group on Elasmobranch Fishes. ICES, Denmark.

ICES. 2005. Report of the ICES Advisory Committee on Fishery Management. Copenhagen, Denmark.

INIDEP. 2009. Análisis de las capturas de *Squalus acanthias* y *Lamna nasus* en embarcaciones congeladoras y factorias (convencional y surimera) con observadores a bordo. Periodo 2003 - 2006. 5th January 2009, pp. 12

Jensen, C. F., L.J. Natanson, H.L. Pratt, N.E. Kohler, and S.E. Campana. 2002. The reproductive biology of the porbeagle shark, *Lamna nasus*, in the western North Atlantic Ocea. *Fish. Bull.* 100:727–738.

Joyce, W., S.E. Campana, L.J. Natanson, N.E. Kohler, H.L. Pratt, and C.F. Jensen. 2002. Analysis of stomach contents of the porbeagle shark (*Lamna nasus*) in the northwest Atlantic. *ICES J. Mar. Sci.* 59:1263–1269.

Kohler NE, Turner PA 2001. Shark tagging: A review of conventional methods and studies. *Environmental Biology of Fishes* 60 (1–3): 191–223.

Kohler, N.E., P.A. Turner, J.J. Hoey, L.J. Natanson, and R. Briggs. 2002. Tag and recapture data for three pelagic shark species, blue shark (*Prionace glauca*), shortfin mako (*Isurus oxyrinchus*), and porbeagle (*Lamna nasus*) in the North Atlantic Ocean, ICCAT Collective Volume of Scientific Papers SCRS/2001/064 1231–1260.

Lack, M. (2006). Conservation of Spiny Dogfish *Squalus acanthias*: A Role for CITES? TRAFFIC Oceania.

Lallemand-Lemoine, L. 1991. Analysis of the French fishery for porbeagle *Lamna nasus* (Bonnaterre, 1788). ICES-CM-1991/G:71, 10 pp.

Marconi, M., De Maddalena, A. 2001. On the capture of a young porbeagle, *Lamna nasus* (Bonnaterre, 1788), in the western Adriatic Sea. Annales, Ser.hist.nat. 11, 2 (25): 179–184

Matsumoto, H. 2005, Report of observer program for Japanese tuna longline fishery in the Atlantic Ocean from August 2004 to January 2005, Col. Vol. Sci. Rap. ICCAT, 59(2): 663–681).

Matsunaga, H. and H. Nakano 2002. Preliminary results of standardized CPUE for porbeagles caught by Japanese longline fishry in the Atlantic Ocean. Col. Vol. Sci. Pap. ICCAT, 54(4); 1381–1385. Available at http://www.iccat.es/Documents/CVSP/CV054_2002/no_4/CV054041381.pdf

Matsunaga, H. and H., Nakano 2005. Estimation of shark catches by Japanese tuna longline vessels in the Atlantic Ocean. Col. Vol. Sci. Pap. ICCAT 58(3): 1096–1105. Available at http://www.iccat.es/Documents/CVSP/ CV058_2005/no_3/CV058031096.pdf.

Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)

Annexes to *Lamna nasus* Appendix II listing proposal

McCoy, M.A. and H. Ishihara. 1999. *The Socio-economic Importance of Sharks in the U.S. Flag Areas of the Western and Central Pacific* (Admininstrative Report AR-SWR-99-01), prepared for U.S. Department of Commerce, National Marine Fisheries Service, Southwest Region, Long Beach, California, United States.

Megalofonou, P., Damalas, D., Yannopoulos, C., De Metrio, G., Deflorio, M., De La Serna, J.M., Macias, D. 2000. By catches and discards of sharks in the large pelagic fisheries in the Mediterranean Sea. Final report of the Project No 97/50 DG XIV/C1, Comm. Of the Eu. Communities.

Mejuto, J. 1985. Associated catches of sharks, *Prionace glauca, Isurus oxyrinchus* and *Lamna nasus*, with NW and N Spanish swordfish fishery in 1984. ICES C.M. 1985/H:42: 16pp.

Mejuto, J. and Garcés, A. G. 1984. Shortfin mako, *Isurus oxyrinchus*, and porbeagle, *Lamna nasus*, associated with longline swordfish fishery in NW and N Spain. ICES CM 1984/G:72 Demersal Fish Committee.

Ministry of Fisheries. 2005. New Zealand Gazette of Thursday, November 3 2005. Issue No. 184. Wellington, New Zealand.

MFSC, 2008. Ministry of Fisheries, Science Group (Comps.). 2008. Report from the Mid-Year Fishery Assessment Plenary, November 2008: stock assessments and yield estimates. (Unpublished report held in NIWA Greta Point Library, Wellington, New Zealand).

Ministry of Fisheries, Science Group (Comps.). 2006. Report from the Fishery Assessment Plenary, May 2006: stock assessments and yield estimates. 875pp. (Porbeagle on pp. 592–596.) Unpublished report held in NIWA Library, Wellington, New Zealand.

Orsi Relini L. & Garibaldi F. 2002. Pups of Lamnid sharks from the Ligurian Sea: morphological and biometrical characteristics of taxonomic value. *In* M. Vacchi, G. La Mesa, F. Serena & B. Seret (eds.) *Proc. 4th Elasm. Assoc. Meet.,* Livorno (Italy) 2000. ICRAM, ARPAT & SFI: 199.

Pade, N., Sarginson, J., Antsalo, M., Graham, S., Campana, S., Francis, M., Jones, C., Sims, D., and Noble, L. 2006. Spatial ecology and population structure of the porbeagle (*Lamna nasus*) in the Atlantic: an integrated approach to shark conservation. Poster presented at 10th European Elasmobranch Association Science Conference. 11–12 November 2006. Hamburg, Germany.

Rose, D.A. 1996. An overview of world trade in sharks and other cartilaginous fishes. TRAFFIC International. 106 pp.

Rosser, A.R. & Haywood, M.J. (compilers). 2002. Guidance For CITES Scientific Authorities: Checklist to assist in making non-detriment findings for Appendix II exports. IUCN, Gland, Switzerland and Cambridge, U.K. 146pp.

Serena, F. & Vacchi, M. 1997. Attivita di studio sui grandi pesci cartilaginei dell'alto Tirreneo e Mar Ligure nell'ambito del programma L.E.M. (Large elasmobranchs monitoring). *Quad. Civ. Staz. Idrobiol.* N. 22: 17–21

Shivji, M., Clarke, S., Pank, M., Natanson, L., Kohler, N., and Stanhope, M. 2002. Rapid molecular genetic identification of pelagic shark body-parts conservation and trade-monitoring. *Conservation Biology* 16(4): 1036–1047.

Soldo, A. & I. Jardas. 2002. Large sharks in the Eastern Adriatic. *In* M. Vacchi, G. La Mesa, F. Serena & B. Seret (eds.) *Proc. 4th Elasm. Assoc. Meet.,* Livorno 2000. ICRAM, ARPAT & SFI: 141–155.

Sonu, S.C. 1998. Shark fisheries, trade, and market of Japan. *NOAA Technical Memorandum NMFS.*

STECF 2006. Report of subgroup on porbeagle. European Scientific, Technical and Economic Committee on Fisheries. Brussels.

Stevens, J.D. (1976). Preliminary results of shark tagging in the north-east Atlantic, 1972–1975. *Journal of the Marine Biological Association of the United Kingdom* 56, 929–937.

003620

Case 1:11-cv-01414-BJR   Document 34-1   Filed 05/17/13   Page 77 of 77
Administrative Record for the Humane Society of the United States v. Blank, No. 11-1414 (RWR) and WildEarth Guardians v. Blank, Case No. 11-1417 (RWR)
Annexes to *Lamna nasus* Appendix II listing proposal

Stevens, J.D. (1990). Further results from a tagging study of pelagic sharks in the north-east Atlantic. *Journal of the Marine Biological Association of the United Kingdom* 70, 707–720.

Stevens, J.D., Bonfil, R., Dulvy, N.K. and Walker, P.A. 2000. The effects of fishing on sharks, rays, and chimaeras (chondrichthyans), and the implications for marine ecosystems. *ICES Journal of Marine Science*, Volume 57, Issue 3, 476–494 pp.

Stevens, J., Fowler, S.L., Soldo, A., McCord, M., Baum, J., Acuña, E., Domingo, A. & Francis, M. 2005. *Lamna nasus.* In: IUCN 2006. *2006 IUCN Red List of Threatened Species.* <www.iucnredlist.org>.

Stevens, J. D., and Wayte, S. E. (1999). A review of Australia's pelagic shark resources. FRDC Project No. 98/107. Fisheries Research and Development Corporation, Canberra.

Stevens, J.D. and Wayte, S.E. 2008. The bycatch of pelagic sharks in Australia's tuna longline fisheries. In: E. Pikitch & M. Camhi (eds). *Sharks of the open ocean. Proceedings of the Monterey pelagic shark meeting Feb 1999.* Blackwell Scientific Press,

Sullivan, K. J., P. M. Mace, N. W. M. Smith, M. H. Griffiths, P. R. Todd, M. E. Livingston, S. Harley, J. M. Key & A. M. Connell (ed.). 2005. Report from the Fishery Assessment Plenary, May 2005: stock assessments and yield estimates. Ministry of Fisheries, Wellington. 792 pp.

Svetlov, M.F. (1978). The porbeagle, *Lamna nasus,* in Antarctic waters. *Journal of Ichthyology* 18 (5), 850–851.

Testerman, C., Richards, V., Francis, M., Pade, N., Jones, C., Noble, L. and Shivji, M. 2007. Global phylogeography of the porbeagle shark (*Lamna nasus*) reveals strong genetic separation of northern and Southern Hemisphere populations. Abstract presented at the American Elasmobranch Society Annual Conference 2007

Vannuccini, S. 1999. Shark utilization, marketing and trade. *FAO Fisheries Technical Paper.* No. 389. Rome, FAO. 470 pp.

Van Wijk, E.M. and R. Williams (2003). Fishery and invertebrate by-catch from Australian fisheries for *D. eleginoides* and *C. gunnari* in Division 58.5.2. CCAMLR WG-FSA 03/73. 26 pp.

Vas, P. and Thorpe, T. 1998. Commercial landings of sharks in South-Western England. *Shark News* 12: November 1998.

003621